**BRYAN K. WALKER, ESQ.**
**OBSIDIAN LAW, PLLC**
Idaho State Bar no. 5155
walkeresq.bk@gmail.com
7280 W. Ustick Rd., Ste. 112
Boise, Idaho 83704
Telephone:    (208) 275-0090
Facsimile:    (208) 275-0095

*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD WATTERS *et al.*, | CASE NO. 1:12-cv-00076-REB |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |
| C.L. (BUTCH) OTTER, in his official capacity as the Governor of the State of Idaho, *et al.*, | |
| Defendants. | |

The plaintiffs, through their attorney Bryan K. Walker, respectfully move this Court, under F.R.C.P. 65, for a temporary restraining order and a preliminary injunction as follows:

1. Prohibiting the defendants, as well as their officers, agents, employees, attorneys, and all persons who are in active concert or participation with them, from enforcing I.C. §§ 67-1613–1613A or enactment of 2012 Idaho Legislature bill H0404 as amended;

2. Prohibiting the defendants, as well as their officers, agents, employees, attorneys, and all persons who are in active concert or participation with them, from enforcing I.C. §§ 67-1613–1613A or the enactment of 2012 Idaho Legislature bill H0404 as

PLAINTIFFS' RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER – Page 1

amended against any of the plaintiffs, including any member or participant in the plaintiff *Occupy Boise* unincorporated nonprofit association, and any private property on the grounds of the old Ada County courthouse in Boise, Idaho, that is part of the *Occupy Boise* protest.

3. Waiving the requirement for bond or security from the plaintiffs.

The plaintiffs request that the Court schedule a hearing on this motion *immediately* due to the severe urgency and imminent threat of the loss of *First Amendment* freedoms and the irreparable seizure, damage, and destruction of private property involved.

This motion is based upon the brief in its support, the first amended verified complaint, and the declarations filed along with it. The plaintiffs make their motions on the grounds set forth in the brief in support of this motion.

WHEREFORE the plaintiffs respectfully request that this Court enter a temporary restraining order and preliminary injunction as set forth above.

DATED this 21st day of February 2012, at Boise, Idaho.

Respectfully submitted,

/s/ Bryan K. Walker
Attorney for Plaintiffs

PLAINTIFFS' RENEWED EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER – Page 2