Richard Alan Eppink
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
Idaho State Bar no. 7503
reppink@acluidaho.org
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750, ext. 1202
(208) 344-7201 (fax)

*Attorneys for the Plaintiffs*

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD WATTERS *et al.*, | CASE NO.  1:12-cv-00076-BLW |
| Plaintiffs, | |
| vs. | **MOTION FOR JUDICIAL NOTICE AND BRIEF IN SUPPORT** |
| C.L. (BUTCH) OTTER, in his official capacity as the Governor of the State of Idaho, *et al.*, | |
| Defendants. | |

The plaintiffs move under F.R.E. 201 for this Court to take judicial notice of the following documents, entered in *Hoye v. City of Oakland*, No. CV 07-06411 CRB (N.D. Cal.):

1.  Order Re Training Materials (Dec. 16, 2011) (Dkt. 208); and

2.  Judgment (Aug. 3, 2012) (Dkt. 234).

True copies of these documents, downloaded using the Northern District of California's PACER service, are appended to this motion.

This Court may take judicial notice of the existence of records in another court's files. *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001).  Indeed, court records are an example of the types of facts that judicial notice is typically taken of.  *Lazy Y. Ranch, Ltd. v.*

*Wiggins*, No. 06-cv-340-S-MHW, 2007 WL 1381805 at *6 (D. Idaho Mar. 13, 2007), *affirmed*,

*Lazy Y Ranch Ltd. v. Behrens*, 546 F.3d 580 (9th Cir. 2008).

Accordingly, this Court may take notice of the order and judgment attached.

DATED this 21st day of February, 2014, at Boise, Idaho.

> AMERICAN CIVIL LIBERTIES UNION
> OF IDAHO FOUNDATION
>
> /s/ Richard Alan Eppink
>
> Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of February, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Clay Smith            clay.smith@ag.idaho.gov
Carl J. Withroe       carl.withroe@ag.idaho.gov
Michael S. Gilmore    mike.gilmore@ag.idaho.gov
OFFICE OF THE ATTORNEY GENERAL OF IDAHO

Thomas C. Perry       tom.perry@gov.idaho.gov
OFFICE OF THE GOVERNOR OF IDAHO
*Attorneys for Defendants*

Bryan K. Walker       walkeresq.bk@gmail.com
OBSIDIAN LAW, PLLC
*Attorney for Plaintiffs*

DATED this 21st day of February, 2014.

> /s/ Richard Alan Eppink