Case 1:12-cv-00076-BLW   Document 145   Filed 07/15/14   Page 1 of 2

Richard Alan Eppink
**AMERICAN CIVIL LIBERTIES UNION**
**OF IDAHO FOUNDATION**
Idaho State Bar no. 7503
reppink@acluidaho.org
P.O. Box 1897
Boise, Idaho  83701
(208) 344-9750, ext. 1202
(208) 344-7201 (fax)

*Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD WATTERS *et al.*, | CASE NO.  1:12-cv-00076-BLW |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS** |
| C.L. (BUTCH) OTTER, in his official capacity as the Governor of the State of Idaho, *et al.*, | |
| Defendants. | |

The plaintiffs respectfully move the Court, under 42 U.S.C. § 1988, 28 U.S.C § 1920, and F.R.C.P. 54(d), for awards of costs and attorneys' fees.  They request awards in the following amounts:

   **Attorney's Fees:** **$175,898.50**

   **Costs and expenses:** **$2,411.75**

This motion is more fully described by the brief in its support, filed along with it.  The motion is supported by that brief and the accompanying declarations in support of this fee petition, along with the entire record in the case.

//

//

PLAINTIFFS' MOTION FOR ATTORNEY FEES AND COSTS – Page 1

DATED this 15th day of July, 2014, at Boise, Idaho.

>AMERICAN CIVIL LIBERTIES UNION
>OF IDAHO FOUNDATION
>
>/s/ Richard Alan Eppink
>
>Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of July, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Clay Smith           clay.smith@ag.idaho.gov
Carl J. Withroe      carl.withroe@ag.idaho.gov
Michael S. Gilmore   mike.gilmore@ag.idaho.gov
OFFICE OF THE ATTORNEY GENERAL OF IDAHO

Thomas C. Perry      tom.perry@gov.idaho.gov
OFFICE OF THE GOVERNOR OF IDAHO
*Attorneys for Defendants*

Bryan K. Walker      walkeresq.bk@gmail.com
OBSIDIAN LAW, PLLC
*Attorney for Plaintiffs*

DATED this 15th day of July, 2014.

>/s/ Richard Alan Eppink