RICHARD ALAN EPPINK, ISB #7503
reppink@acluidaho.org
AMERICAN CIVIL LIBERTIES UNION OF IDAHO FUNDATION
P.O. Box 1897
Boise, ID  83701
Telephone: (208) 344-9750, ext. 1202
Facsimile: (208) 344-7201

BRYAN K. WALKER, Esq., ISB #5155
7280 W. Ustick Road, Suite 112
Boise, ID  83704
Telephone: (208) 275-0090
Facsimile: (208) 275-0095
Attorneys for Plaintiffs-Appellees

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDWARD WATTERS, DEAN GUNDERSON, STEVEN FARNWORTH, MATTHEW ALEXANDER NEWIRTH, individuals, and OCCUPY BOISE, an Idaho unincorporated nonprofit association,<br><br>            Plaintiffs,<br><br>vs.<br><br>C.L. (BUTCH) OTTER, in his official capacity as the Governor of the State of Idaho, TERESA LUNA, in her official capacity as the Director of the Idaho Department of Administration, and COL. RALPH POWELL, in his official capacity as the Director of the Idaho State Police,<br><br>            Defendants. | Case No. 1:12-cv-00076-BLW<br><br>**SATISFACTION OF JUDGMENTS** |

      Plaintiff hereby state that the judgments for costs (Dkt. 152) and for attorney's fees and expenses (Dkt. 154) have been satisfied.

//

//

SATISFACTION OF JUDGMENTS - 1

DATED this  21st  day of  August , 2015.

                                         By    /s/ *Richard Alan Eppink*
                                                    RICHARD ALAN EPPINK
                                                    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  21st  day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Clay R. Smith
clay.smith@ag.idaho.gov

Carl J. Withroe
carl.withroe@ag.idaho.gov

Cally Younger
cally.younger@gov.idaho.gov


   /s/ *Richard Alan Eppink*
Richard Alan Eppink