Casey Parsons (ISB no. 11323)
Richard Eppink (ISB no. 7503)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **EDWARD WATTERS, DEAN GUNDERSON, STEVEN FARNWORTH, MATTHEW ALEXANDER NEIWIRTH,** individuals, and **OCCUPY BOISE,** an Idaho unincorporated non-profit,<br><br>*Plaintiffs*,<br><br>v.<br><br>**BRADLEY JAY LITTLE**, in his official capacity as the Governor of the State of Idaho, **STEVEN BAILEY**, in his official capacity as the Director of the Idaho Department of Administration, and **COL. KEDRICK R. WILLS**, in his official capacity as the Director of the Idaho State Police,<br><br>*Defendants*.[1] | Case No. 1:12-cv-0076-REB<br><br>**DECLARATION OF MATTHEW ALEXANDER NEIWIRTH IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, PRELMINARY INJUNCTION, FOR FURTHER RELIEF, ORDER TO SHOW CAUSE, AND CONTEMPT** |

---

[1] Defendants in this action automatically substituted pursuant to F.R.C.P. 25(d).

DECLARATION OF MATTHEW ALEXANDER NEIWIRTH – Page 1

I, Matthew Alexander Neiwirth, declare as follows:

1. I am 47 years old and have lived in Boise, Idaho on and off for about 30 years. I am one of the Plaintiffs in this case. I am involved with the Peoples' University, which has been organized on an ongoing basis at the site of the Capitol Annex and the Capitol Mall in Boise, Idaho since May 3, 2024.

2. I learned that some individuals were intending to establish a demonstration in support of Palestine through communications with my community sometime during the week of April 29, 2024.

3. I later heard that, on May 3, 2024, demonstrators had erected symbolic and assembly tents on the grounds of the Capitol Annex for the purposes of the vigil. I drove by the vigil that evening to look at it but did not have time to stop and participate in the demonstration that evening.

4. Since the vigil was established, we have done our best to maintain a 24-hour, 7-day a week vigil in solidarity with the people of Palestine and to highlight to individuals and policymakers in Boise, Idaho the ongoing consequences of the genocide. Maintaining a constant, overnight vigil is also crucial to our message because the people of Palestine are unable to take down their tents and go home to sleep for the night: they are forced to live in those conditions constantly. If we are unable to maintain our vigil and are required to take down our tents and go home for the night, then we would not be able to effectively communicate and make visible the ongoing nature of the violence in Palestine. Being able to conduct a 24-hour vigil utilizing symbolic tents is crucial to the core message of the demonstration because it makes

DECLARATION OF MATTHEW ALEXANDER NEIWIRTH - Page 2

visible the nature of the ongoing violence and displacement faced by people in Palestine.

5. We understand that, during our 24-hour vigil, individuals are not allowed to sleep at the site of the Capitol Annex or on State grounds. We have had several conversations as a group about the importance of not sleeping on the grounds. In order to comply with the applicable Idaho law, we have maintained a rotating shift of individuals to continuously staff the demonstration in 4-to-8-hour shifts. No individual associated with the vigil has been able to remain on site for its entire duration because we need to go home to sleep in order to comply with Idaho law.

6. Like at the Occupy Boise demonstration, in addition to symbolic purposes, the presence of tents and other temporary structures have been important to our right to assembly. We have used common spaces under temporary structures to engage in continuing education about Palestine and the violence occurring there. On nights that it has rained, we would have been unable to continue our 24-hour vigil without a space to assemble out of the elements.

7. I arrived on May 4, 2024, at approximately 9:00 AM after the vigil had already been swept earlier that morning by Idaho State Police. I set up a tent in support of the demonstration and spent part of the day there. When I learned that Idaho State Police had threatened to sweep the vigil again that evening at approximately 6:30 PM, I took my tent down and went home to get a different one because I had plans to use my original tent for a camping trip that weekend. I left my tent there for a few days and took it down during the week of May 6, 2024.

DECLARATION OF MATTHEW ALEXANDER NEIWIRTH - Page 3



DECLARATION OF MATTHEW ALEXANDER NEIWIRTH - Page 4



DECLARATION OF MATTHEW ALEXANDER NEIWIRTH – Page 5

8. Since May 4, 2024, I have been at the site of the demonstration during various days and times but have been unable to be there at every hour of every day. When Occupy Boise was occurring, we were in a similar situation: I had other work obligations during the day that would prevent me from there at every hour of every day, but we maintained a number of individuals at the site of the demonstration to ensure that it remained staffed.

9. On May 8, 2024, after demonstrators had returned to the Capitol Annex grass, a sign had been placed informing the public that annual irrigation maintenance would occur on the grounds between March 28, 2022 and March 30, 2022. I recognize the sign placed there as having also been utilized in 2022 during the last Occupy-style vigil that occurred at the site in 2022, Operation Hope Ain't Going Nowhere, which was designed to protest against economic inequality and housing insecurity in Boise.

DECLARATION OF MATTHEW ALEXANDER NEIWIRTH - Page 6



DECLARATION OF MATTHEW ALEXANDER NEIWIRTH – Page 7

10. On May 8, 2024, demonstrators had begun to relocate their vigil to the east side of the apron of the Idaho State Capitol steps in order to comply with requests from Idaho State Police that they leave the grounds of the grass of the Capitol Annex each day at 6:30 PM to allow for watering by the time I arrived. I observed demonstrators were consolidating the materials used in the protest to ensure ample access to the pedestrian walkway to the east of the steps when Idaho State Police ordered us to step away and seized all of the property on the steps. That, of course, included the symbolic assembly tents themselves, but also included food, water, education materials, signs, and numerous other items. In the course of sweeping the vigil, Idaho State Police officers took a sign that I was holding from my hands. I am uncertain as to whether it has been returned to the vigil, but I have not seen it since.

11. I will testify in person and under oath about these facts before this Court if I am called as a witness.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: May 14, 2024.

DocuSigned by:

_____
By: Matthew Alexander Neiwirth
Plaintiff

DECLARATION OF MATTHEW ALEXANDER NEIWIRTH – Page 8

                                                                             WREST COLLECTIVE

DATED:   May 14, 2024           By:   /s/ Casey Parsons
                                                                                      Casey Parsons
                                                                                      Attorneys for Plaintiff Matthew Alexander Neiwirth