Casey Parsons (ISB no. 11323)
Richard Eppink (ISB no. 7503)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **EDWARD WATTERS, DEAN GUNDERSON, STEVEN FARNWORTH, MATTHEW ALEXANDER NEWIRTH, individuals, and OCCUPY BOISE, an Idaho unincorporated non-profit,**<br><br>  *Plaintiffs,*<br><br>    v.<br><br>**BRADLEY JAY LITTLE**, in his official capacity as the Governor of the State of Idaho, **STEVEN BAILEY**, in his official capacity as the Director of the Idaho Department of Administration, and **COL. KEDRICK R. WILLS**, in his official capacity as the Director of the Idaho State Police,<br><br>  *Defendants.*[1] | Case No. 1:12-cv-0076-REB<br><br>**DECLARATION OF LAUREN MANWILL SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, FOR FURTHER RELIEF, ORDER TO SHOW CAUSE, AND CONTEMPT** |

---

[1] Defendants in this action automatically substituted pursuant to F.R.C.P. 25(d).

DECLARATION OF LAUREN MANWILL – Page 1

I, Lauren Manwill, declare as follows:

1. I am involved with the Peoples' University, which has been organized on an ongoing basis at the site of the Capitol Annex in Boise, Idaho since May 3, 2024.

2. Before we established the Peoples' University on the grounds of the Capitol Annex, I and other people in our group have attempted to reach legislatures to communicate our message. We have demanded in-person meetings, have organized letter and postcard campaigns, have conducted shorter demonstrations in the form of marches and rallies, and organized phone banking to try and reach policymakers. None of those efforts have been successful and we have received no response from policymakers to date.

3. The Peoples' University established following a rally and march on May 3, 2024 from the Ann Frank Memorial through the streets of downtown Boise and established that evening on the grounds of the Capitol Annex. The primary motive of the group is to raise awareness about the ongoing destabilization and displacement faced by the people of Palestine as a result of military intervention, and to demand that the Idaho Legislature name and acknowledge that the ongoing violence is a genocide being perpetuated with funds and support from the United States of America.

4. Individuals in Rafah have been relegated to tent cities as a result of the ongoing violent military intervention in the Gaza Stip, which has displaced more than a million people from their homes. ("War in Gaza drove them from their homes.

Now, many Palestinians can't even find tents"

https://www.npr.org/2024/01/19/1225250933/gaza-rafah-tents-shortage).



5. In addition to the displacement of the people of Palestine, we are protesting the ongoing violence against them. In the course of the violence, children are being killed, hospitals have been bombed, refugee camps have been targeted, and millions of people have been driven from their homes. (Photos: The staggering human toll of Israel's war on Gaza, https://www.aljazeera.com/gallery/2023/12/25/photos-israel-palestine-war)





DECLARATION OF LAUREN MANWILL – Page 4











6. On May 3, 2024, we erected tents on the site of the Capitol Annex for the purpose of making symbolically visible the violence, displacement, and houselessness faced by the people of Palestine. Those tents are crucial to our demonstration and the core-message of our group because they are intended to make visible the situation faced by the people of Palestine, where thousands of families have been forced to relocate to tent cities because their homes have been destroyed by the violence there.

7. Since May 3, 2024, we have done our best to maintain a 24-hour, 7-day a week vigil in solidarity with the people of Palestine and to highlight to individuals and policymakers in Boise, Idaho the ongoing consequences of the genocide. Maintaining a constant, overnight vigil is also crucial to our message because the

people of Palestine are unable to take down their tents and go home to sleep for the night: they are forced to live in those conditions constantly. If we are unable to maintain our vigil and are required to take down our tents and go home for the night, then we would not be able to effectively communicate and make visible the ongoing nature of the violence in Palestine.



DECLARATION OF LAUREN MANWILL – Page 9



DECLARATION OF LAUREN MANWILL – Page 10



8. We understand that, during our 24-hour vigil, individuals are not allowed to sleep at the site of the Capitol Annex or on State grounds. We have had several conversations as a group about the importance of not sleeping on the grounds, and to my knowledge nobody involved with the vigil has slept on the grounds of the Capitol Annex or Capitol Mall at all. In order to comply with the applicable Idaho Law, we have maintained a rotating shift of individuals to continuously staff the demonstration in 4-to-8-hour shifts. No individual associated with the vigil has been able to remain on site for its entire duration because we need to go home to sleep in order to comply with Idaho law.

DECLARATION OF LAUREN MANWILL - Page 11

9. In addition to symbolic purposes, the presence of tents and other temporary structures have been important to our right to assembly. We have used common spaces under temporary structures to engage in continuing education about Palestine and the violence occurring there. On nights that it has rained, we would have been unable to continue our 24-hour vigil without a space to assemble out of the elements.

10. When we established the vigil site on May 3, 2024, approximately 30 law enforcement officers with the Boise Police Department and Idaho State Police were present at the site of the Capitol Annex. Boise Police Department officers instructed us that we must vacate the grounds of the Capitol Annex before dark on the basis that we were in a "city park," and that it is illegal to be in a city park after dark. It is my understanding that the grounds of the Capitol Annex are not a city park.

11. The next morning, on Saturday, May 4, 2024, I was present when Idaho State Police department officers returned to the site of the vigil and seized all of the tents that were present there, in addition to a bucket of water bottles and sanitary products such as tampons necessary to sustain the protest. I did not witness anybody sleeping on the site on May 3, 2024, and I do not believe that anybody did because we discussed the importance of not sleeping there.

12. Early in the morning on Monday, May 6, 2024, Idaho State Police department officers returned again to the site of the vigil and seized one tent. When I asked one of the officers why they were seizing the tent, he said that he believed that the

individuals inside had been sleeping on the basis that they had "red, puffy eyes." We were also informed at that time that we would need to vacate the grass of the Capitol Annex each day beginning at 6:30 PM in order to allow the grounds to be watered, and would be permitted to return to continue our vigil at 7:00 AM each day after the watering was finished, except on Wednesdays when we would need to wait until the grounds were mowed.

13. On Tuesday, May 7, 2024 to comply with the request of the Idaho State Police, we relocated our vigil to the West side of the apron of the steps of the Idaho State Capitol. In doing so, we took care to ensure that the tents themselves were flush with the west pillar to leave ample space for the pedestrian walkway on the west side of the steps. We also took care to ensure that the majority of the access to the steps themselves would remain accessible so that individuals would be readily able to enter or exist the building. Idaho State Police arrived on the scene and threatened to issue citations, stating that it was illegal to erect temporary structures in that location. No citations were issued.





14. The following morning, on Wednesday, May 8, 2024, we returned the vigil to the grass of the Capitol Annex after they were mowed. When we returned, the original site of our vigil had been taped off, and signs were posted indicating that annual maintenance of the irrigation system there would occur between March 28, 2022, and March 30, 2022. We chose a different spot in the grass that was not taped off to set up our vigil again and remained there throughout the day.

15. At approximately 6:30 PM that day, we moved the site of the vigil to the east side of the apron of the Idaho State Capitol to allow maintenance of the grass of the Capitol Annex in a substantially similar fashion as to the previous day. As we were in the process of moving, we were greeted by approximately 30 Idaho State

Police officers who informed us that we would not be permitted to erect temporary structures on the apron because they would block entrances and exits to the building. Again, we took careful steps to ensure that our symbolic and assembly tents were set up in such a way to permit ample space to enter and exit the building. We ensured that the tents were flush with the west side of the pillar marking the end of the steps used to exit the building. We were in the process of consolidating the materials used in the protest to ensure ample access to the pedestrian walkway to the east of the steps, which is also blocked by a large flower planter maintained by Defendants, when Idaho State Police ordered us to step away and seized all of the property on the steps. That, of course, included the symbolic assembly tents themselves, but also included food, water, education materials, signs, and numerous other items. Idaho State Police did not, and still has not, provided us with an inventory list of the items they seized.

16. We later moved our vigil back to the grass of the Capitol Annex because we could no longer comprehend where Idaho State Police would permit us to continue our 24-hour vigil using symbolic assembly tents or what guidelines that they wanted us to follow.

17. On Thursday, May 9, 2024, I was again present at approximately 11:30 PM when Idaho State Police and Boise Police Department returned to the site of the vigil at the grass of the Capitol Annex. While we were assembled on the grass, approximately a dozen police cars drove east down Jefferson street and stopped near the vigil. Approximately 30 to 40 law enforcement immediately stormed the

grass, ordering everyone to get off of it, and again seized all of the property on the grass, including the symbolic assembly tents, signs, water, food, sanitary products, and other items necessary to sustain the 24-hour vigil. We tried to relocate the site of the vigil to the concrete memorial located in the center of the grass, but were again informed that we would not be permitted continue our vigil using symbolic and assembly tents there, either. Law enforcement again did not provide us with an inventory list of the items seized, and still has not.

18. On Friday, May 10, 2024 we again set up our vigil on the grass of the Capitol Annex, having received no instruction from Idaho State Police regarding a place where we would be able to continue our vigil utilizing symbolic and assembly tents overnight. Again, at approximately 11:00 PM, law enforcement returned to the site, ordered everybody to get off the grass, and again seized all of the items on the grass, and again did not and still have not provided us with an inventory list of the items seized.

19. I will testify in person and under oath about these facts before this Court if I am called as a witness.

DECLARATION OF LAUREN MANWILL - Page 17

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: May 14, 2024

_____

Lauren Manwill

WREST COLLECTIVE

DATED:   May 14, 2024          By:____/s/ Casey Parsons_____
                              Casey Parsons
                              Attorneys for Plaintiff Matthew Alexander Neiwirth

DECLARATION OF LAUREN MANWILL – Page 18