**Subject:** RE: Follow Up
**From:** Brian Church <brian.church@ag.idaho.gov>
**Date:** 5/10/2024, 2:32 PM
**To:** "Casey Parsons (Mx.)" <casey@wrest.coop>
**CC:** "ritchie@wrest.coop" <ritchie@wrest.coop>, "david@wrest.coop" <david@wrest.coop>, James Craig <James.Craig@ag.idaho.gov>, Josh Turner <josh.turner@ag.idaho.gov>

Casey,

As Jim expressed last night, the protestors can continue their protest, but they must comply with the time, place, and manner restrictions recognized in IDAPA 38.04.06 and 38.04.08, Idaho Code sections 67-1613 and 67-1613A, and previously recognized by the *Watters* court.

Brian

--



**Brian V. Church | Lead Deputy Attorney General**
Civil Litigation and Constitutional Defense Division
Office of the Attorney General | State of Idaho
Phone: (208) 334-2400

---

**From:** Casey Parsons (Mx.) <casey@wrest.coop>
**Sent:** Friday, May 10, 2024 12:11 PM
**To:** Brian Church <brian.church@ag.idaho.gov>
**Cc:** ritchie@wrest.coop; david@wrest.coop
**Subject:** Follow Up

Brian,

Following up on our correspondence with Marcus. If are able to reach a temporary agreement about there the protestors can continue their demonstration overnight, then there would be no reason to need to do a contempt hearing today and I would be satisfied with setting it for next Thursday.

I have repeatedly proposed the monument in front of the Captiol Annex, which would permit maintenance of the lawn without blocking any ingress/egress to or from the building. Another possible option is they could set up in the parking lot if you are able to designate a space.

If you have other ideas then please, of course, feel free to share. We need to resolve this today to, and I hope we share the goal of ensuring that the demonstrators are able to exercise their First Amendment rights while ensuring the State can do what it needs to in order to care for the ground.

Let me know when you have time to discuss further.

Thrive,

Casey

**NOTICE:** This message, including any attachments, is intended only for the individual(s) or entity(ies) named above and may contain information that is confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law. If you

are not the intended recipient, please reply to the sender that you have received this transmission in error, and then please delete this email.