**Subject:** Re: FW: [EXTERNAL] URGENT -- Hannah Tucker
**From:** "Casey Parsons (Mx.)" <casey@wrest.coop>
**Date:** 5/11/2024, 4:34 PM
**To:** Spencer Lay <slay@adacounty.id.gov>
**CC:** "ritchie@wrest.coop" <ritchie@wrest.coop>, "david@wrest.coop" <david@wrest.coop>

Spencer, I just spoke with Ms. Tucker. Please ensure that all audio and video of her booking and time in the jail is preserved. Can you also please share with me how exactly she was being uncooperative during booking?

Thanks,

Casey


On May 11, 2024 11:02:59 AM MDT, Spencer Lay <slay@adacounty.id.gov> wrote:
> Mx. Parson,
>
> I wanted to respond to your email regarding Ms. Tucker.
>
> When Ms. Tucker came into the jail she informed our booking team that she was invoking her right to remain silent. Our deputies honored that right, but did continue to ask her booking questions (biographical questions). This resulted in her being placed on a booking hold, pursuant to Idaho Code 20-601. Obviously, we were not asking any evidentiary questions during this process, and the questions that were being asked all fell under the clearly established booking exception. However, Ms. Tucker refused to answer and this refusal resulted in her being placed on a hold. Had she completed the booking process she would have been released on bail before 3:00am.
>
> Additionally, had she continued to refuse to answer the booking process we would have scheduled a Booking Hearing for Monday in front of a judge. Also pursuant to Idaho Code 20-601. Also, had she asked to speak to an attorney she would have been offered free phone calls and the right to do so.
>
> From what I have been told, once Ms. Tucker was explained this process and believed we were not lying to her, she answered the booking questions and completed the booking process.
>
> Thank you for your email and I hope that answers your question. If not, please feel free to reach out.
>
> Sincerely,
>
>  **Spencer T. Lay**
> **Associate Legal Advisor**
> Ada County Sheriff's Office
> 7200 Barrister Dr., Boise, ID 83704
> **O:** (208) 577-3304
> **M:** (208) 949-7107
> slay@adacounty.id.gov
>
> *"We make safer places for you to live, work, and play."*

---

**From:** Casey Parsons (Mx.) <casey@wrest.coop>
**Sent:** Saturday, May 11, 2024 1:28:59 AM
**To:** Terry Derden <tderden@adacounty.id.gov>
**Cc:** ritchie@wrest.coop <ritchie@wrest.coop>; david@wrest.coop <david@wrest.coop>

**Subject:** [EXTERNAL] URGENT -- Hannah Tucker

**CAUTION:** This email originated from outside Ada County email servers. Do not click on links or open attachments unless you recognize the sender and know the content is safe. Verify the sender by mouse-hovering over their display name in order to see the sender's full email address and confirm it is not suspicious. If you are unsure an email is safe, please report the email by using the 'Phish Alert' button in Outlook.

Terry:

I am writing with regard to my client, Hannah Tucker. Ms. Tucker was arrested at a protest downtown earlier this evening on Friday, and the charge is for R+O. I attempted to visit Ms. Tucker following her arrest and was advised by jail staff and law enforcement that I was not permitted to do so on the basis that she was refusing to answer questions pursuant to her 5th Amendment rights, and the jail refused to let her colleagues bail her out for the same reason.

Hoping to chat about this ASAP. Please call my cell tomorrow if you're available, it's 208-589-1702.

Thrive,

Casey Parsons