# Exhibit A

1            UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF IDAHO

3

4    EDWARD WATTERS, et al.,              )

5              Plaintiffs,               )   Case No.

6    vs.                                 )   1:12-cv-0076-BLW

7    BRADLEY JAY LITTLE, et. al.,         )

8              Defendants.               )

9    _____)

10

11

12

13

14

15        DEPOSITION OF MATTHEW ALEXANDER NEIWIRTH

16                   MAY 9, 2024

17

18

19

20

21   REPORTED BY:

22   MARIA D. GLODOWSKI, C.S.R. No. 725, RPR

23   Notary Public

24

25

                                              Page 1

1          THE DEPOSITION OF MATTHEW ALEXANDER NEIWIRTH,

2     was taken on behalf of the Defendants at the offices of

3     the Attorney General, 514 West Jefferson Street, Third

4     Floor, Boise, Idaho, commencing at 3:00 p.m. on May 9,

5     2024, before Maria D. Glodowski, Certified Shorthand

6     Reporter and Notary Public within and for the State of

7     Idaho, in the above-entitled matter.

8

9                    APPEARANCES:

10    For the Defendants:

11         OFFICE OF ATTORNEY GENERAL

12         BY:  MR. JAMES E.M. CRAIG

13              MR. BRIAN V. CHURCH

14              MS. MEGAN C. ANDERSON

15              MR. JOSHUA TURNER (Via Zoom)

16         514 West Jefferson Street, Third Floor

17         Boise, Idaho  83702

18         james.craig@ag.idaho.gov

19    For the Plaintiffs:

20         WREST COLLECTIVE

21         BY:  CASEY PARSONS (MX.)

22         812 West Franklin Street

23         Boise, Idaho  83702

24         casey@wrest.coop

25    Also Present:  Richard A. Eppink (Via Zoom)

                                        Page  2

Matthew Alexander Neiwirth May 9, 2024

```
1                         I N D E X

2    TESTIMONY OF MATTHEW ALEXANDER NEIWIRTH            PAGE

3    Examination by Mr. Craig                              4

4

5

6                       EXHIBITS

7

8                  (No Exhibit Marked.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

1        THE COURT REPORTER:  Mr. Neiwirth, please raise

2    your right hand.

3        Do you solemnly swear that the testimony you

4    are about to give at this time and place is the truth, the

5    whole truth, and nothing but the truth, so help you God?

6        THE WITNESS:  I do.

7        THE COURT REPORTER:  Thank you.

8

9        MATTHEW ALEXANDER NEIWIRTH,

10   having first declared under penalty of perjury to tell the

11   truth, was examined and testified as follows:

12

13                      EXAMINATION

14   BY MR. CRAIG:

15       Q.   Good afternoon.  Could you please state your

16   name and spell it for the record?

17       A.   Matthew Alexander Neiwirth.  First name,

18   M-a-t-t-h-e-w.  Second name, A-l-e-x-a-n-d-e-r.  Last

19   name, Neiwirth, N-e-i-w-i-r-t-h.

20       Q.   N-e-i-w-i-r-t-h?

21       A.   That's correct.

22       Q.   Okay.  I apologize.  We had that misspelled on

23   the notice that we sent to you, so --

24       A.   It happens all the time.  I don't worry about

25   it.

Page 4

Matthew Alexander Neiwirth May 9, 2024

```
 1          Q.   Okay.  Okay.  So we are doing a deposition this
 2     afternoon.  It's less formal than a formal court
 3     proceeding, but you still promise to tell the truth.  Do
 4     you understand that?
 5          A.   Yeah.
 6          Q.   Okay.  Is there -- have you taken any medicine
 7     or anything else that would prevent you from being able to
 8     testify to the truth and give your best testimony here
 9     today?
10          A.   No.
11          Q.   Is there any other reason you might not be able
12     to give your best testimony here today?
13          A.   Not that I can think of.
14          Q.   If you have -- if you need to take a break,
15     just let us know, and we can take a break.
16          A.   Okay.
17          Q.   The only thing that we would ask is that you
18     answer the question that we've asked before taking a
19     break.
20          A.   Sure.
21          Q.   We can't ask a question if you want to take a
22     break.  I'm not trying to ask any trick questions.  So if
23     you don't understand a question, feel free to ask for
24     clarification.  I'm sure your attorney will object if it's
25     too convoluted.  But, again, if you don't understand a
```

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

Matthew Alexander Neiwirth May 9, 2024

1    question, just feel free to ask for clarification.

2         A.   Okay.

3              THE COURT REPORTER:  Please speak up a little

4    bit.

5              THE WITNESS:  Sorry.  Yes.

6         Q.   (BY MR. CRAIG)  And then because we do have a

7    court reporter who is writing everything, we have to have

8    audible answers, either "yes" or "no."  Can't have the

9    "uh-huhs," or "huh-uhs," or nodding your head, or shaking

10   your head.  We have to have audible answers.

11        A.   Understood.

12        Q.   Where do you currently reside?

13        A.   Boise, Idaho.

14        Q.   Okay.  What is your address?

15        A.   4003 West Glencoe Place.

16        Q.   How long have you lived in Boise?

17        A.   I've left for work and stuff periodically, but

18   basically since '94, but with breaks of up to -- up to two

19   years when I was overseas and stuff.  I still considered

20   Boise home at that point.

21        Q.   So how long the most recent --

22        A.   Stretch?

23        Q.   Yeah, most recent stretch?

24        A.   Oh.  I worked in Oakland, California, through

25   2007 and 2000 -- parts of 2007 and parts of 2008.  And --

                                              Page 6

```
 1    and since then I've been full time in Boise.

 2          Q.   Okay.  Since 2008?

 3          A.   Yeah.

 4          Q.   Okay.

 5               MR. CRAIG:  Brian --

 6               THE WITNESS:  May of 2008.

 7               MR. CRAIG:  Yeah.  Can we go off the record

 8    real quick?

 9               (Off the record.)

10               THE COURT REPORTER:  Go back on the record?

11               MR. CRAIG:  Yes, going back on the record.

12          Q.   (BY MR. CRAIG)  All right.  I believe my last

13    question, you indicated you were in Oakland, California,

14    till about 2008, then at Boise --

15          A.   I mean, I -- I -- I was paying mortgage on a

16    house here --

17          Q.   Okay.

18          A.   -- and working there, spending a substantial

19    amount of time there.  I still considered myself a

20    resident of -- of Boise at that time though.

21          Q.   Okay.

22          A.   But -- I mean, that's the last, you know,

23    extended period away.

24          Q.   Okay.  Are you currently employed?

25          A.   I am.
```

Page 7

```
1          Q.   Okay.  Where are you employed at?

2          A.   Boise State University.

3          Q.   Okay.  And what are your -- what's your job

4     there?

5          A.   I'm a --

6               THE COURT REPORTER:  I'm sorry?

7               THE WITNESS:  A materials handler, slash,

8     mover, I think.

9          Q.   (BY MR. CRAIG)  Okay.  And I was going to ask

10    your duties, but it may be the "mover" describes it.  So

11    what exactly are your duties?

12         A.   I move and/or dispose of large items on campus,

13    on the Boise State Campus.

14         Q.   And that's the campus here in Boise?

15         A.   It is.

16         Q.   Okay.

17         A.   Although I technically probably could go to

18    other campuses on the -- with the organization too.  I

19    just haven't yet.

20         Q.   Okay.  And you're a plaintiff in the lawsuit

21    Watters versus Otter; is that correct?

22         A.   It is.

23         Q.   And what was that lawsuit about?

24         A.   It was arguing our right to have symbolic

25    protest tents here outside the old Ada County Courthouse
```

Page 8

1    as part of our free speech and assembly rights, as I

2    understand it.

3         Q.   And what do you mean "as you understand it"?

4         A.   Well, so-called rights too.  But as I -- I --

5    well, I'm not -- I -- I -- I don't know all of the -- the

6    legal framework or anything like that, but that's my

7    understanding is that -- that that case was to defend our

8    rights to maintain a 24-7 protest vigil with tents.

9         Q.   Okay.  And when was that lawsuit filed?

10        A.   I'm not sure when it was filed exactly.

11   Probably in early 2012.  The -- the tent vigil started

12   November 5th of 2011, and it continued, I don't know,

13   through May or June of 2012.

14             The Legislature passed a couple -- couple of

15   different things that the judges had problems with trying

16   to remove us from that space.  And so it would have been

17   sometime, I think, during or immediately after the -- the

18   legislative session in 2012, which would have started,

19   what, like the first or second week of January, I guess.

20        Q.   And who were the other plaintiffs in that

21   lawsuit?

22        A.   Boy.  Mud Watters, rest in peace, was one of

23   them, I believe it was also a man named Dean Gunderson,

24   and there was another guy named -- was it Steven?  This

25   has been almost 15 years ago.  I think it's Steven

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

1    Farnsworth [sic]; is that right?

2          Q.    So Mud Waters, is that who would be Edward

3    Watters?

4          A.    Yeah, sorry.  Edward Watters.

5          Q.    Okay.

6          A.    That might have been his legal name.

7          Q.    All right.  And you said "rest in peace."  Does

8    that mean he has passed away?

9          A.    He -- he passed away, and some of his ashes

10   were actually spread on the lawn out there on November 5th

11   of 2016 I believe it was.

12         Q.    Okay.

13         A.    Yeah.

14         Q.    Do you know -- have you had contact with Dean

15   Gunderson since the lawsuit?

16         A.    I -- probably not since it finished, since it

17   started for sure, because we were -- he was actively

18   involved in the vigil as well.  And then I -- I believe he

19   moved after that.  I -- we may have had a Facebook

20   exchange here or there, something like that, at some point

21   along the way.  But I've been kicked off Facebook and I've

22   lost all contact with Dean.

23         Q.    What about Steven Farnworth, have you had

24   contact with him since?

25         A.    I have not.  I don't know that I've had contact

Page 10

Matthew Alexander Neiwirth May 9, 2024

```
 1    with him since the -- the lawsuit started.  He -- he
 2    was -- he seemed to be in somewhat poor health at the
 3    time.  As I recall, he was on oxygen and stuff, and -- and
 4    so his -- his ability to engage on-site even was limited,
 5    and -- and I'm not even -- you know, I -- I don't know
 6    what the situation is with Steve.
 7            Q.    Okay.  And what about Occupy Boise?  What's
 8    your involvement with Occupy Boise?
 9            A.    What's my involvement with Occupy Boise?
10            Q.    Let me back up.  Sorry.  Occupy Boise was a
11    plaintiff in that lawsuit as well; is that correct?
12            A.    I -- I guess.  I -- again, I'm not sure exactly
13    how -- I -- I consider myself kind of a part of it, but
14    it -- it was a interesting kind of association.  So -- so
15    I don't know exactly where the delineation is.  I consider
16    it a movement, I guess.
17            Q.    Okay.
18            A.    And -- and -- and I don't know the legalese.
19    Is it part of the lawsuit or not?  I'm not sure.
20            Q.    Okay.  Are you still involved with Occupy Boise
21    in any way?
22            A.    I mean, I'm definitely still involved with some
23    of the folks that I've met there, and -- and folks that --
24    that were part of that movement are part of that movement.
25            Q.    But it sounds like you're not involved with
```

Page 11

Matthew Alexander Neiwirth May 9, 2024

1   Occupy Boise as a entity or an association; is that

2   correct?

3        A.   Let's see.  So up through the time I was kicked

4   off Facebook, I still had some admin privileges for a

5   couple of the Occupy Boise internet presences.  So I

6   suppose that would be -- that would be official

7   relationship with the movement or something.  And then

8   since then I -- I haven't had any official involvement

9   that -- that I can think of.

10       Q.   And when --

11       A.   Well, no, that -- that's not true because we

12   did -- we did show a movie on the reunion of Occupy

13   Boise's original vigil establishment, again, on

14   November 5th.  No, it was in 2016.  I'm sorry.  It was

15   2021 because it was during the pandemic.  So it would have

16   been the tenth anniversary.  I misspoke earlier.

17       Q.   So 2021 was when you showed the movie?

18       A.   Uh-huh.

19       Q.   Okay.  Just for the record that was yes?

20       A.   Oh, sorry, yes.  That was yes.

21       Q.   Okay.  And you said until you --

22       A.   And -- and spread Mud's ashes, or Edward

23   Watters ashes.

24       Q.   Okay.  And when did you spread his ashes?

25       A.   November 5th, 2021.

Matthew Alexander Neiwirth May 9, 2024

1      Q.   You said until you were kicked off Facebook you
2  still had admin privileges --
3      A.   Yeah.
4      Q.   -- for Occupy Boise.  So when were you kicked
5  off Facebook?
6      A.   I'm not sure exactly when it was.  I believe --
7  I believe 2020 maybe, 2021.  Sometime during the pandemic
8  blur.
9      Q.   And why were you kicked off Facebook?
10      A.   I -- I was looking for work at the time, and so
11  I -- you know, I -- I used to be a language teacher, and
12  so I was considering doing that online.  I'm like, how
13  does Facebook Marketplace work?  And so I was trying to
14  figure out like a way to like send money so that maybe I
15  could teach online or something like that and get paid for
16  it.
17          And I sent my spouse a -- like a test message
18  and, you know, just to see how to send money, and I'm
19  like, "Send me five bucks," and -- and jokingly I wrote,
20  "I'll send nudes."  And the next -- the next day I was --
21  I'd violated community standards and was not allowed to
22  appeal it.  And -- and so I'm assuming that's what it was.
23  I -- I also engage in some radical free speech sometime.
24  So it could have been something else.  They didn't tell me
25  why.

                                                    Page 13

1            But I'm -- I'm assuming it was the joke about

2    sending nudes in the context where like an exchange of

3    money was implied.  My -- my wife does not want nudes.

4    Like I can -- I know that.  She knows that.  Everybody

5    knows that.  It was a joke.  But the -- I -- I assume the

6    Facebook algorithm or whatever -- however they found that

7    message, I assume that triggered something.

8            Q.   And the protest that you were involved in as

9    part of the lawsuit, the Watters lawsuit, what were

10   those -- what was the purpose of those protests?

11           A.   Economic justice.

12           Q.   What do you mean by that?

13           A.   Well, following -- I don't know how much -- so

14   in my view, the rich and the capitalist class are

15   exploiting the working class, and there was an interesting

16   thing that happened in -- starting really in 2008 with

17   the -- well, 2000 -- I guess 2008 with the economic

18   collapse that happened then, you know.

19           The banksters, the politicians, allowed the

20   housing -- the -- the economy to collapse basically.

21   Millions of people lost their homes.  Massive fraud had

22   been committed by many of the banks, as I recall, and

23   there was no sense that -- that your office, that any

24   office in the federal government, was going to do anything

25   to protect working families, working people, from the --

Page 14

1   what I feel is fraud and theft from -- from capitalist

2   bankers and stuff, capitalists and bankers.

3          And so it was kind of like a massive nationwide

4   protest movement on behalf of -- you know, the -- the meme

5   that became common then was like, "We Are the 99 Percent"

6   on behalf of the vast majority of society that's being

7   exploited under an unjust economic system.  It was really

8   highlighted at that moment, and very salient for many of

9   us.

10         Q.   So one of the things you just said was that

11  there was no sense that your office, and you were looking

12  at me when you said --

13         A.   Right.

14         Q.   -- that.

15         A.   Uh-huh.

16         Q.   And by that, do you mean the State of Idaho?

17         A.   Yeah.  I mean, I -- I've always thought that

18  the -- one of the attorney general's roles was to defend

19  the people, you know, from -- from things like consumer

20  fraud, from things like bank fraud, and stuff like that.

21  And I -- I saw at least no indication that your office --

22  that the -- that Mr. Wasden, probably at the time, was

23  doing anything about that.

24         Q.   And is that part of the reason you chose the

25  Capitol Annex grounds as kind of the symbolism of

Page 15

Matthew Alexander Neiwirth May 9, 2024

```
1    protesting against what your view was the Idaho State
2    government, the AG, not doing enough?
3         A.   Boy, the -- that decision and -- and how that
4    got made is really complicated, and -- and the decisions
5    of -- of your -- of that group were -- were made by
6    consensus in large general assembly meetings often.  And
7    so there were lots of factors that went into it.
8             And -- and I don't honestly recall like my
9    particular motivation or -- or driving force for it.  But
10   I was pretty -- pretty thrilled to see like a popular
11   democratic body, lower "d," democratic body, making
12   decisions and -- and acting -- acting on its own.
13            And -- and so I would say that as opposed to
14   any specific decision, whether -- whether we went to that
15   place, whether we went to Cecil Andrus Park -- I don't
16   remember what some of the other options were exactly -- I
17   was happy to follow the -- the will of -- of the group at
18   that point because the -- the process of the assembly, I
19   was bought into that especially as well.
20        Q.   And you mentioned that the lawsuit was about
21   the right to have, in part, symbolic tents; is that
22   correct?
23        A.   Uh-huh.  Well, the -- yeah, the lawsuit became
24   about that because the Legislature tried to outlaw -- as I
25   recall when we were doing research at different places,
```

Page 16

1    we -- we thought that -- that the -- one of the

2    things was -- that spoke in favor of -- of the old

3    courthouse lawn was that it -- it -- it appeared to not be

4    illegal in any way.  And so, you know, that -- that means

5    that we don't see interference from -- from people like

6    Mike Kish, who I can tell you stories about him.  And --

7    and so that -- that had its own advantages as well.

8           And then when the Legislature came to town,

9    they tried to -- they tried a couple times to -- to outlaw

10   what we were doing.  And I -- I think it mostly happened

11   through -- through, as I recall, the -- a thing about,

12   "you can't camp here."  And so kind of the discussion was,

13   well, are -- are we camping, or are we protesting?  Are we

14   doing First Amendment stuff?

15          Q.   And what was the symbolic nature of the tents?

16   What did those symbolize?

17          A.   Well, a lot of people lost their homes for one

18   thing.  So I think that was a big part of it.  They also,

19   in addition -- you know, so there are a lot of people

20   dealing with homelessness and didn't have places to stay.

21   So tents seemed kind of symbolic there.

22          For me, another big part of it, though, was the

23   fact that they also used "to assemble" and, you know,

24   there would be meetings in tents.  There would be

25   discussions that would happen in tents.  People could be

                                        Page 17

Matthew Alexander Neiwirth May 9, 2024

1    out of the weather and -- and -- and it created a platform

2    for our assembly rights to be used, and -- and a -- it

3    facilitated assembly, and -- and then created a space

4    where democratic conversations amongst the protesters were

5    able to happen as we decided, well, do we want to do a

6    protest march?  Do we want to, you know, go to the -- to

7    the Capitol?  Do we want -- you know, do we want to do a

8    yard cleanup or, you know, some of the various activities

9    we did?  But they also symbolized like the homeless and

10   stuff that was happening.

11        Q.   And so the protests -- you said that the tents

12   were being used to facilitate discussions and

13   organizations for the protest; is that correct?

14        A.   Partly, yes, uh-huh.  And that's part -- part

15   of the function of a tent.  It's not partly correct, yeah.

16        Q.   Right.  Okay.  And were there canopies involved

17   in addition to the tents?

18        A.    I don't recall for sure, honestly.  I -- I

19   would assume so, but I -- but I honestly don't recall.  I

20   know there were some really large green tents that -- like

21   old military-style tents.  Geez, there had to be canopies.

22   There was -- there were structures that were made out of

23   pallets and covered with tarps.

24             The one -- like before it was illegal, the

25   thing I was sleeping in most nights was like a pallet

Page 18

1   structure that was -- that was covered with -- I mean,

2   most nights I slept there -- that was covered with a tarp.

3   The pallets kept you off the ground.  You could like kind

4   of insulate the walls of the pallet and kind of keep you

5   warmer.

6           And then -- yeah, it was -- so I --

7   specifically -- oh, and then there was another structure

8   of like metal, almost looked like a jungle gym, and -- and

9   it had a tarp on the top.  So that was a kind of canopy, I

10  suppose, that someone had constructed by using -- using

11  bars to form triangles, and then like a geodesic dome sort

12  of thing with -- covered by a tarp.  So I -- I think that

13  would be a kind of canopy.

14          Q.   So you were sleeping in the tents?

15          A.   Prior to -- prior -- yeah, prior to -- to the

16  Legislature outlawing camping there, I was, and -- and a

17  lot of other people were as well.  And then -- and then

18  the -- the ruling made it clear -- I don't know exactly

19  when I stopped, but at some point it became clear that was

20  a legal risk I didn't want to take.

21          Q.   A legal risk you didn't want to take?

22          A.   Uh-huh.

23          Q.   What do you mean by that?

24          A.   Well, I don't want to particularly get tickets,

25  or go to jail, or anything like that, if I can avoid it.

Page 19

1    I don't -- I don't trust people like Mike Kish.  I've --

2    I've witnessed him say things under oath that a judge said

3    was plainly false.  I -- like I have very little trust

4    that this -- that -- that the -- the State, from your

5    office, from the Idaho State Police, from the governor's

6    office, are fair players in this, are straight shooters.

7        Q.   And so the tents, when they were first set up,

8    were primarily as a place to sleep; is that right?

9        A.   Some of them.  I mean, like the -- the -- my

10   structure that I described definitely was.  I think the --

11   the first night that probably was the case.  But then

12   they -- they quickly -- I mean, almost immediately there

13   was a medical-type tent that was set up.  There was a

14   library tent, you know, again, facilitating a kind of

15   assembly, and discussion, and environment where -- where

16   folks could talk about our reality, and how -- what we

17   want to do to change it.

18           And then shortly into it, within a week or

19   two -- I -- I mean, this has been 15 years ago -- within a

20   couple weeks I think we got two large old military tents.

21   By "large," I'm talking probably 40 feet by 16 feet,

22   20 feet, or something like that.

23           And then those were -- and they had, you know,

24   stoves and ovens in them and stuff.  Those were -- were

25   really used for meetings, especially as the weather turned

Page 20

Matthew Alexander Neiwirth May 9, 2024

1    bad going from November to December, January, through the

2    hard winter there.

3         Q.   And the stoves and ovens in the tents, were

4    those used for cooking as well?

5         A.   There was -- there was another -- they used --

6    if I remember right, before the -- before the remodel,

7    just to the east end of the building there was sort of a

8    concrete pad there, I believe.

9              And Mud, Edward Watters, and others -- but he

10   kind of led it and organized it.  He -- he was an old

11   river runner and had like lots of experience setting up

12   great -- great camps and stuff like that.  And so he set

13   up shade, and -- and there was a kitchen space that --

14   that was set up under some tarps, and -- and I don't

15   remember how the -- I don't remember how the ropes were

16   suspended or anything like that.

17             But there was -- there was a specific like

18   kitchen area that was covered by tarps.  I don't think it

19   was actually in a tent, and then they had that.  Then

20   there's like a dishes area next to that, as I recall.

21   Then -- then -- then they -- they remodeled it shortly

22   after that, and I think that -- that like pad that that

23   was set on was removed.

24        Q.   So let's move to the current protest that's

25   been taken on in the last few days here on the lawn of the

Page 21

1    Capitol Annex.  Similar to the previous one, there was

2    also a library tent set up out here; is that correct?

3            A.    I believe so, yeah.

4            Q.    And there were also canopies that were set

5    up --

6            A.    Actually, there -- and there's a library tent

7    set up now as we speak.  I saw it today.

8            Q.    And so the library tent has books in it?

9            A.    Uh-huh.

10           Q.    And you have to say yes.

11           A.    Sorry.  Yes, it does.

12           Q.    And it has a bookshelf then to hold the books?

13           A.    It seemed like it, yeah, as I recall.

14           Q.    Okay.

15           A.    One of them did.  I don't know what alls been

16   lost in some of the moves and -- and exactly where it's

17   at.  I did see that it was back, and I think there's a

18   bookshelf in there.

19           Q.    Okay.  What else is in the library tent?

20           A.    I'm not sure.  There -- there -- I think there

21   was -- at one point there were zines in it, you know,

22   that -- I don't know exactly why, but -- but Mr. Kish

23   and -- and others with ISP like said we had to leave the

24   space yesterday, and then said that we weren't allowed to

25   be on the Capitol steps either.

                                                    Page 22

1                    And so there -- there were -- a lot of movement

2       going around at that point, I feel, like being illegally

3       harassed and having our -- our speech chilled.  But -- and

4       so I don't know if like the zines have made it back into

5       the library tent or -- or not, but there -- there were

6       zines in the library tent prior to the move.

7            Q.   And by zines, do you mean magazines?

8            A.   Yeah.  I mean, like -- like independently made

9       magazines, like do-it-yourself style magazines.

10           Q.   And what's the subject of those magazines?

11           A.   I haven't read them all.  But I -- I'm sure

12      Palestine is going to be amongst a lot of them.  I -- I

13      didn't set the tent up, and -- and I haven't actually gone

14      through it.  So it seemed -- I -- I want to say I saw

15      something that said Palestine, but maybe that was just a

16      text of pictures of books that were going into it or

17      something.  I -- I honestly don't know, I guess, is the

18      best answer.

19           Q.   And what are the titles of the books in the

20      library tent?

21           A.   Again, I -- I haven't inspected it.  I -- I

22      saw -- somebody sent a message to me saying they were

23      taking some books down to the library tent, and there's

24      just like spines of them, and they were from Haymarket

25      Press, I believe, the person said, which would be a

Page  23

```
 1    reference again to -- to economic justice, if -- if you're
 2    familiar with the Haymarket massacre and May Day, and the
 3    struggle for an eight-hour day.  But one of the titles on
 4    the spine, I do remember seeing Palestine.  Whether they
 5    actually made it in the tent by now or not, I -- I -- I
 6    can't verify.
 7         Q.   And so the purpose of the tents and the
 8    canopies out there, those would be serving the same
 9    purpose as the purpose of the tents and canopies from your
10    lawsuit -- or from the protest that led to the lawsuit; is
11    that correct?
12              MX. PARSONS:  Objection, leading.
13              MR. CRAIG:  You can still answer.
14              THE WITNESS:  Do I -- do I answer?
15              MX. PARSONS:  Yeah.
16              THE WITNESS:  Okay.  They serve the same
17    purpose --
18              MX. PARSONS:  Actually, can you rephrase that?
19              THE WITNESS:  Yeah, that -- in -- in a sense,
20    in that they serve --
21              MX. PARSONS:  Oh, sorry.
22              THE WITNESS:  Yeah.
23              MX. PARSONS:  Could you -- could you rephrase
24    that question, so it's not --
25              THE WITNESS:  Yeah.
```

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

```
 1            Q.    (BY MR. CRAIG)  So you said before that the
 2      purpose of the tents and the canopies for your previous
 3      protest was to serve as a gathering place, a place for
 4      people to come and congregate and gather.  So the tents
 5      and canopies now are serving that same purpose; is that
 6      correct?
 7            A.    So -- so -- to clarify, that was one of the
 8      purposes they served originally, and they also served the
 9      purpose as being symbols, speaking about homelessness, and
10      speaking about the economic injustice.  And -- so I would
11      say that, yes, they still serve important functions on the
12      assembly front in -- in facilitating the assembly, and I
13      would say they -- they continue to remain symbols.
14            I -- I think what is -- what is symbolized has
15      changed -- the -- the meaning of the symbol has changed a
16      bit.  But I think they still -- they -- they still exist,
17      yes, definitely as symbols as well.
18            Q.    And the tents are being used for cooking, is
19      that correct, tents or canopies?
20            A.    Not that I know at this time.
21            Q.    They're being used to provide food for people?
22            A.    There is -- there's definitely some tables.
23      And -- and some people have brought down food to sustain
24      the vigil-goers, and -- and some people have brought down
25      water.  I -- I don't -- oh, and -- and I believe there --
```

Page 25

1    someone may have --

2              THE COURT REPORTER:  I'm sorry?

3              THE WITNESS:  Some -- and -- and -- and -- and

4    there may have been -- and someone was cooking there one

5    time.  Like they had like pancakes with an electric --

6    some electric stove, I think.

7         Q.   (BY MR. CRAIG)  And where is the electricity

8    coming from?

9         A.   Batteries I believe.

10        Q.   And they're providing shelter from the weather

11   as well; is that correct?

12        A.   The tents, yeah, that's -- I -- I think so.

13   Yeah.  Actually, definitely, they -- they have, and the

14   canopies have as well.

15        Q.   They're being used to store people's personal

16   property also; is that right?

17        A.   I'm not sure about that.  I -- I know that I

18   left my -- like my coat -- it was a serape, I guess, or

19   poncho, I left it in -- in the tent for a while, while I

20   was down there when I didn't need it.

21             But I was under the understanding that -- that

22   Mr. Winmill said that that was -- that was okay in that

23   hearing from Saturday I think it was.  Others being used

24   to store personal property?  Like unaffiliated -- like

25   property for the protest I think definitely.  I'm not

                                        Page 26

Matthew Alexander Neiwirth May 9, 2024

 1    aware of any personal property unaffiliated with the

 2    protest that would be in the tents.

 3        Q.   So what property from the protest is being

 4    stored in the tents?

 5        A.   Well, under the canopies there's some food.

 6    There was water.  There were -- there were blankets even

 7    that -- that they had laid out on the ground for people to

 8    have a picnic at one point.  And I'd seen the blankets

 9    laid out on the ground, just before anyone asks, right?

10    Those -- I've seen those things down there.

11             I've seen some medical supplies down there that

12    were under a canopy, maybe in a tent at some point.  I'm

13    not sure.  Like feminine hygiene stuff, I saw some of

14    that.  Lawn chairs, you know.  What else?  Stuff like that

15    that, you know, people would generally use when they come

16    to a protest and make themselves comfortable, especially

17    when it's one of these long things where you're -- you're

18    there for hours at a time, shifts, or whatever.

19        Q.   And what is the message that the tents

20    communicate?

21        A.   Well, I -- I put a -- like when I -- when I set

22    mine up on -- on Saturday, I -- I put a sign on it that

23    said -- I don't recall -- you know, that -- that

24    symbolizes the displaced and unhoused people in Gaza, you

25    know, the -- there's been -- during the -- the current war

                                              Page 27

1    in Palestine/Israel, if you want to call the area, there's

2    been massive, massive displacement, as I understand it.

3              The Israeli defense forces, and I assume

4    probably other groups, have -- have been providing tents

5    for refugees, and -- and displaced peoples from that war

6    to live in, the -- the area -- or, you know, Rafah, the --

7    the area where a lot of the folks were encouraged to leave

8    to and where many of those tents were set up.

9              I know in -- in the last week or so, as I

10   understand it, Israel has been threatening new attacks

11   in -- in that area.  So -- so that's especially concerning

12   is the -- the potential loss of -- of civilian life, in

13   addition to, you know, the -- the 20,000 or so women and

14   children that have already been killed, you know, by IDF,

15   as well as everyone else that's died in the war.  I --

16   it -- it -- it's concerning.

17             And so it symbolizes that -- to me the fact

18   that people have been displaced and are forced to -- to

19   live in -- in structures somewhat similar to that.  You

20   know, the -- the tents look different.  We don't have

21   access to that.  And it -- it might support a good shop.

22   But there's -- they're tents nonetheless.

23        Q.   I'm sorry, what was your reference to your

24   sporting good store?

25        A.   Like the -- the exact tent, like the -- the --

                                                    Page 28

Matthew Alexander Neiwirth May 9, 2024

1    like the ones I've seen from the IDF have been like these

2    wide -- like I'd almost call them like elk camp tents is

3    like the closest analogue to -- to what we have.  But --

4    and those aren't the kind of tents that are out there

5    right now.  So I'm saying the structures have been

6    different, but I -- I think the symbolism holds,

7    personally.

8         Q.   And what has been your involvement in

9    organizing these protests?

10        A.   Very little.  I -- I -- I talk to people

11   sometimes and like, you know, when I'm down there, if

12   there's a problem, like share my thoughts.  I've talked

13   about things online, just kind of a general sense mostly.

14   Talked about some of the -- the -- the legal developments,

15   as I understood them.  I've -- I've shared my experience

16   with other protesters from previous encampments as far as,

17   you know, what I understood the law to be.

18             But it's -- and -- and I've -- I've been

19   involved in conversations with -- with other -- other

20   protesters, I guess, as far as like making any sort of

21   like decisions about like what the -- the protest is, or

22   organizing.  Is there going to be a march, or is there

23   going to be a demonstration, or anything like that?

24   I've -- I've really stayed out of those discussions as

25   much as I could.

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

1          Part of the original reason for that was

2     when -- when I heard that -- that things were developing,

3     you know, and I'm watching all the stuff going on

4     nationally, I -- I thought there might be -- that these

5     protests would -- would perhaps happen at Boise State,

6     where I work, and so I didn't want to -- I -- I definitely

7     didn't want to encourage that.  I also don't want to

8     discourage it.  I think the -- the kids should -- or

9     everyone should -- should express their views where they

10    want.  But it -- it just seemed like I didn't want to get

11    mixed up in that part of it because -- 'cause I like my

12    job.

13         Q.   So at what point did you get involved with the

14    current protest?

15         A.   Like physically showing up and stuff like that?

16         Q.   Yes.

17         A.   The -- that afternoon when -- when I heard that

18    people had gathered down here, I was with a friend, and we

19    drove by the protest, and -- and I saw some really odd

20    behavior from BPD as we were driving by.  And then we

21    circled back around and -- and they weren't doing that,

22    and they were like -- folks had like formed a -- it

23    appeared they like formed a human chain around the tents

24    there.

25              And BPD was like -- it appeared to be BPD,

Page 30

1    marching around these tents, like getting kind of like in

2    the face of the protesters as they're marching around them

3    and stuff in -- in -- in riot gear, or what appeared to be

4    riot gear to me, and then there were other like heavily

5    geared up, also I think, BPD across Jefferson from the

6    vigil site here.

7            And so that -- the first day, that -- that was

8    the extent of my involvement.  I -- I had other stuff to

9    do, so I went and did that.  And then the second day,

10   Saturday, I came down, and -- and that's when I put up my

11   tent and the sign that said that it is a symbol of the

12   unhoused and displaced people in Gaza.

13           Q.   Okay.  So the first day was Friday, May 3rd; is

14   that correct?

15           A.   I believe that's correct.

16           Q.   And your only involvement on that was you just

17   happened to be driving by and you saw the tents that were

18   set up?

19           A.   I -- I'd heard that people were planning an

20   event, and I'd heard that they were discussing where the

21   event might be.  I'd heard that it might be at -- at Boise

22   State, that it might be at the site that it's at now, that

23   it might be by the Steunenberg statue.  I think maybe

24   there -- might even have mentioned city hall.  I -- I

25   don't recall, you know, a lot of discussion and stuff, and

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

```
1    people getting different reports and different stuff.
2            And then I -- the -- well, first, the -- the
3    university cleared all of like -- they sent us a weird
4    email saying, go home, and then they made us like clear
5    off the quad, like all the furniture off the quad.  I'm a
6    mover, right?
7            And then they sent apparently some letter, some
8    email, to the students that all seemed very chilling as --
9    the one that I got as a -- as a staff, it seemed like
10   the -- the intent was to -- to discourage people from --
11   from participating in -- in any kind of free speech
12   activity, although the -- the literal words might not have
13   been there.  So that -- that may be just my interpretation
14           But -- and then I -- I'm told, although I
15   didn't really see it, that there was a big police presence
16   on campus and stuff as well.  And -- and so somewhere in
17   there I think folks decided -- or some people at least
18   decided they didn't want to do anything at Boise State, or
19   maybe they decided before that, I'm not sure, and then
20   they -- they came here.
21           And I'd -- I heard that they were -- I don't
22   know if I heard that they were going to do it, or if I
23   heard that they had done it exactly.  But I -- I had some
24   idea that it was a possibility for, you know, probably at
25   least, you know, the -- the day before, I'm guessing.
```

Page 32

1    Q.   And when you say "came here," you mean the
2    Capitol Annex building?
3    A.   I -- I mean, the -- the lawn out in front of
4    the building where we're at, yeah.
5    Q.   Okay.  And just for the record, because, you
6    know, this --
7    A.   Sure.
8    Q.   -- should be reflected on the transcript.  The
9    deposition is currently taking place in a conference room
10   in the Capitol Annex building; is that correct?
11   A.   Yes.  So when I'm saying "here," oftentimes I
12   mean the lawn right out the front door.
13   Q.   Okay.  Thank you.  And so you heard that the
14   protest was going to be on the lawn here on -- the lawn
15   here on Friday afternoon, and you drove by and came down;
16   is that correct?
17   A.   Yeah.  When I heard where it was, uh-huh.
18   Q.   Okay.
19   A.   I -- I -- didn't even stop, just drove by to
20   kind of see like what's the vibe, you know, how's it
21   going, and -- and initially was very concerning with the
22   way the police were behaving.
23   Q.   Okay.  And so you saw a police presence out
24   here on Friday?
25   A.   Yeah, BPD mostly, which I thought was strange

Page 33

```
 1    because historically it's always been ISP on these
 2    grounds.
 3          Q.   And how long did you stay here on Friday?
 4          A.   I -- I didn't even stop.  We -- we drove by and
 5    then circled back around, drove by again, and then I was
 6    gone.
 7          Q.   So you never got out of your car on Friday
 8    afternoon --
 9          A.   No.
10          Q.   -- never part of the protest?
11          A.   No.
12          Q.   And then you came down on Saturday?
13          A.   Uh-huh.
14          Q.   Again, for the record, is that a yes?
15          A.   Sorry, yes.  I came down on Saturday.  I
16    initially set up a tent, my yellow tent.  And then at --
17    at some point someone from Idaho State Police, probably
18    Kish, I don't even recall, it became clear that -- that
19    they were threatening to remove the tents, and -- and
20    that -- that I might lose them, and maybe they -- no, I'm
21    sorry.  They were -- they -- they took them that morning
22    is what happened.  Things are a bit of a blur.
23               But Saturday morning, by the time I got down
24    here, tents had been removed by ISP.  And so I had my --
25    my good camping tent with me.  I set that up.  But then
```

Page 34

Matthew Alexander Neiwirth May 9, 2024

1    initially I became concerned because I have an actual

2    camping trip planned this weekend where, you know, I'm

3    really camping, taking the tent to the hills, hot dogs and

4    stuff like that, the whole camping thing, not protesting

5    anything, and so I didn't want to lose that tent.

6            So then I -- I went home, got a different tent,

7    switched it out, and -- and set that one up Saturday,

8    which I felt like, you know, if the cops take that,

9    they -- I -- it doesn't ruin my camping trip.

10        Q.   What time did you set that one up?

11        A.   The second one was set up -- I -- I looked at

12   the tag on my picture that I took of it, and -- and I --

13   I -- I took a couple.  One of them said 4:20.  So it must

14   have been just a couple minutes before that.  P.m.

15        Q.   4:20 p.m.?

16        A.   Yeah, Saturday the -- would that have been the

17   6th or 7th?  Or, no, 4th, I guess, of May.

18        Q.   And what time did you get here Saturday

19   morning?

20        A.   I was a little slow getting going in the

21   morning.  But I -- I -- I can look on my phone and check

22   if you want it.  But I want to say it was around 10:00 --

23   10:00 -- 10:00, 11:00 -- 9:00 -- 9:00, 10:00, 11:00,

24   somewhere in there.  Late morning.

25        Q.   And you set up your good tent as soon as you

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

1    got here?

2         A.   More or less.  I mean, I might have said hi or

3    something, but, yeah.

4         Q.   How long was that tent set up before you took

5    it down?

6         A.   Trying to remember the exact timeline there.

7    It was down before 4:20, before I set up the other one.

8    So I -- I would guess it was probably only up a couple

9    hours.

10        Q.   So then you took it down and you drove home --

11        A.   Because --

12        Q.   -- to pick up --

13        A.   Because I was afraid -- you know, I set it up

14   like confident, like, oh, there's an injunction here, like

15   I'm safe, and then I lost that confidence.  And so, yeah,

16   I went home, left the protest, got a tent that I would

17   feel more comfortable having my rights violated than being

18   stolen.

19        Q.   And how long does it take you to drive to your

20   house from the Capitol address?

21        A.   About 12 minutes.

22        Q.   So you were gone about 25 minutes to a

23   half-hour or longer?

24        A.   I -- I may have stayed a bit longer by the time

25   I got home and grabbed a snack, and talked to the kids and

                                                    Page 36

1    stuff -- or the kid -- or the wife, or, you know,

2    whatever.  I don't remember the exact -- how long I was

3    there for, honestly.

4         Q.   Okay.

5         A.   A lot of times I -- full disclosure -- when --

6    and you may be able to hear it in my voice now.  I -- I

7    get kind of excited with -- you asked if there's anything

8    that -- that messes with my testimony, and I do get

9    excited, and there's a -- like I can feel right now, for

10   the example, like adrenaline going, you know, and so

11   like -- I don't know.  I -- I just want to put that out

12   there for the record that --

13        Q.   Yeah.  Thank you.  Did you stay the night,

14   Saturday night?

15        A.   Saturday night.  Not -- not at the encampment,

16   no, or the vigil site, or whatever it is.

17        Q.   So how long were you at the Capitol Annex on

18   Saturday?  What time did you leave?

19        A.   I was in and out.  I left at one point to go

20   visit a friend like at 10:00 or 12:00 or so, or maybe

21   about 10:00, and then came back maybe about 1:00 o'clock

22   or so, talked to people for a while.  My -- my car was

23   parked near the Annex, so I stayed there in the car that

24   night, and then came back in the morning before I left,

25   you know, just checking on things, seeing how they went.

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

Matthew Alexander Neiwirth May 9, 2024

1          Q.   Did you say you slept in your car that night?

2          A.   I don't -- I -- I may have dozed off for a bit

3     in the car, but I -- I didn't really sleep much, no.

4          Q.   Okay.  So when you say you left and then came

5     back about 1:00 o'clock, is that 1:00 p.m. or 1:00 a.m.?

6          A.   I -- I came back like 1:00 a.m. Sunday morning,

7     talked to some of the folks for a bit, and -- and, you

8     know, probably by 2:00 or so, left my vehicle where I

9     could still watch and keep an eye on stuff.

10         Q.   And your tent that you had set up, did you

11    leave it set up while you were leaving to go visit

12    friends?

13         A.   I did, yeah.  There was a sign in it said --

14    that said, "Reserved for the spirt of Mud Watters," and

15    the other sign on the outside of the -- you know, about it

16    being a symbol of the displaced in Gaza, was still there.

17    It was getting rained on.  It looked pretty -- pretty

18    gnarly by that point, but the tent remained.

19              And then I took it down, oh -- I took it down a

20    couple days back, again, after -- it might have been

21    Monday or -- after we received notice that -- that we were

22    supposed to move again because of lawn care or

23    maintenance, but before the flyers with the 2022 date were

24    posted out there.  But it seemed like that kind of a

25    process was coming 'cause -- and so then I -- I wasn't

Page 38

Matthew Alexander Neiwirth May 9, 2024

```
1    sure that I would be able to take care of my tent and make
2    sure that it left on time, so I removed it at that point.
3         Q.   So what day was that, that you removed it?
4         A.   Monday or Tuesday.  I think Monday.  I think
5    Monday.
6         Q.   Did you sleep in your tent on any night?
7         A.   No.
8         Q.   Did anybody else sleep in your tent?
9         A.   Not that I know of.
10        Q.   Okay.
11        A.   I don't think so.  The -- it -- it wasn't set
12   up very well.  It -- it wouldn't have been conducive to
13   sleeping in.  It's one of those smaller tents that really
14   needs the stakes to -- to be up properly.  I stuck a water
15   bottle in each corner of it, but it -- it -- it probably
16   wouldn't have served for anybody.  I mean, you know, maybe
17   an emergency might have kept you dry, I guess.  I don't
18   know.  But it wouldn't have been a very nice place to be
19   sleeping.  There'd be better tents if somebody wanted to.
20        Q.   What color is the tent?
21        A.   Blue and gray.
22        Q.   And how long were you here on Sunday?
23        A.   I don't think I was here on Sunday.  I think I
24   stayed home with family that day.  I may have -- I may
25   have swung by just briefly.
```

Page 39

Matthew Alexander Neiwirth May 9, 2024

1      Q.   And how long were you there on Monday?

2      A.   Monday, just briefly to -- to grab and move the

3  tent.

4      Q.   And when you say "just briefly," less than half

5  an hour?

6      A.   Maybe half-hour, maybe an hour.  But -- but --

7  yeah, probably not -- not -- not much longer than that I

8  don't think.

9      Q.   And were -- was your tent set up all day

10 Monday?

11     A.   Yeah.  Well, it -- it -- it had been moved by

12 the time I took it down.  So I'm -- I'm not sure.

13     Q.   And you took it down.  You are not sure whether

14 that was Monday or Tuesday?

15     A.   I -- yeah, I think it was Monday.  But like I

16 say, I -- I get pretty excited, and -- and kind of a bit

17 manic maybe, I guess, would be the word, and so it's kind

18 of a blur.  But Monday or Tuesday.

19     Q.   But it had been moved by the time you came and

20 took it down from where --

21     A.   Yes.

22     Q.   -- when you put it up?

23     A.   It's been storming.  You know, like after the

24 tents were removed initially, like the rain started.  So

25 kind of literal chilling effect, but, yeah.  And -- and

Page 40

```
 1    it's been raining the whole time, or not the whole time,
 2    but -- but off and on, and -- and my tent wasn't very
 3    structurally sound.  So it -- it didn't surprise me
 4    somebody had moved it, actually set it up a bit better
 5    than I left it, but it still wasn't great.
 6         Q.   So your tent was -- you left your tent set up
 7    while you left to do other things?
 8         A.   Uh-huh.  With the understanding that -- that
 9    the -- that the protesters and -- and that the -- the
10    group was going to be present.
11         Q.   And how long were you at the protest on
12    Tuesday?
13         A.   I don't recall.
14         Q.   Were you here on Tuesday?
15         A.   I'm not sure.  Today is Thursday.  Yesterday --
16    yesterday I was here.  I don't recall.
17         Q.   And Wednesday.  Were you here on Wednesday?
18         A.   I was here on Wednesday.
19         Q.   For how long?
20         A.   I was here for -- I mean, by "here," I mean at
21    the old Ada County Courthouse grounds, for probably about
22    45 minutes or so, and then assisted -- my understanding
23    was, is that we'd been told we couldn't stay on the lawn
24    here at the courthouse -- at the old courthouse, and so
25    assisted and -- and took a sign over to the -- the apron
```

Page 41

1    of the Capitol, like below the stairs.  And at a certain

2    point, after being there for maybe about an hour, there

3    was a person giving a lecture on ethnic hatred and then

4    started talking about the -- the police, and the State,

5    and -- and its role in that situation specifically.

6              And then like at that point, ISP, including

7    Mr. Kish, who we saw step in here briefly earlier, said

8    they were going to take stuff.  They were saying we had to

9    move; that we couldn't be there on the Capitol.  One of

10   the troopers took the sign that I was holding that had two

11   flags attached to it, and they -- I -- I -- they loaded it

12   up into some, you know, trailer.

13             They -- I -- I understand at least one person

14   was shoved by the police.  I -- I think maybe more.  And I

15   don't -- and so then we moved some of the remaining stuff

16   across the street for a bit until it became clear that it

17   seemed like the police had only -- and the police removed

18   our tents from -- from the apron, and the canopies.  And

19   then at that point it seemed like it was safe to be back

20   at the -- to be back on the apron of -- of the Capitol

21   building.  And so I went over there and sat there and --

22   and talked with a friend for a while, 30 minutes,

23   45 minutes.

24             And there were -- there was chanting from both

25   sides of the street, the street being Jefferson, at that

                                                   Page 42

Matthew Alexander Neiwirth May 9, 2024

1    point.  So some of the folks were like in front of the

2    Steunenberg statue across Jefferson from the Capitol

3    building.  And then the smaller group of people was back

4    on the apron of the -- the east -- or the south steps of

5    the Statehouse, and I stayed there for a while.

6            Heard -- heard -- heard people singing -- I

7    mean, people -- well, a lot of us, I think, felt that the

8    police behaved shamefully and there were chants of shame

9    to the police as they were leaving.  And then as I was

10   leaving I heard, you know, people singing something like,

11   "You can fuck the police."  And so then I -- that -- that

12   was when I -- I left to -- to go home to be with my

13   family.

14           Q.   Do you know about what time that was?

15           A.   I got home right about 8:00.  And -- and I got

16   to the protest, I -- I want to say, 6:00 maybe.  I -- I'd

17   had a meeting prior to that.

18           Q.   So you said that you came to the old Ada County

19   Courthouse on Wednesday.  And just to clarify, the old Ada

20   County Courthouse is --

21           A.   Sorry.

22           Q.   -- the same building as the Capitol Annex; is

23   that correct?

24           A.   Yeah, that's the -- the building we're

25   currently in.  That's just what I've always known it as.

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

Matthew Alexander Neiwirth May 9, 2024

1    I -- I forget it's -- the name's changed a couple times.

2         Q.   Yeah.  The name has changed a couple of times.

3    I'm just trying to keep the record --

4         A.   Yeah.

5         Q.   -- clear.

6         A.   No.  I -- I understand, yeah.

7         Q.   And so you got to the protest about

8    6:00 o'clock, and that was here at the Capitol Annex or

9    the old Ada County Courthouse --

10        A.   Yeah.

11        Q.   -- right?

12        A.   Uh-huh.

13        Q.   And then at some point you helped move things

14   across the street to the steps of the State Capitol

15   building?

16        A.   Out of -- out of concern that the police were

17   going to take our stuff again, yes.

18        Q.   And so you stayed for about a little less than

19   two hours 'cause you were home by 8:00 o'clock?

20        A.   About 8:00, yeah.

21        Q.   Okay.  Did you set up a tent yesterday at all?

22        A.   No.  I helped pack some tents up, but I did not

23   set any of them back up.  I -- the -- the sign that I

24   brought over when we were clearing the space at the

25   courthouse, the sign for the old courthouse at the Capitol

Page 44

Matthew Alexander Neiwirth May 9, 2024

```
1    Annex, the sign that I carried over to the Capitol
2    building was -- was quite large, and kind of heavy, and
3    the wind was blowing, and so it wasn't going to balance
4    without being sturdied.  So I -- I held it until the
5    police took it from me.  The sign said "People's
6    University," I believe.
7          Q.   And have you been involved in any of the
8    protest today?
9          A.   I -- I stopped in there and -- and held space,
10   you know, waved hi to a couple of people, said hi.  But --
11   so, yeah, I -- I held space there at vigil.
12         Q.   What time?
13         A.   Just prior to this.  I showed up around 2:30.
14         Q.   And how long did you, as you say, held space or
15   stay there at the vigil?
16         A.   It would have been about 15 minutes, I guess.
17   Then we came over here.
18         Q.   Did you set up a tent today?
19         A.   I have not set up a tent today.  I saw that
20   there were some up, including the -- the library tent, as
21   I mentioned.
22         Q.   So the library tent is up today?
23         A.   Uh-huh.
24         Q.   Is that yes, for the record?
25         A.   Sorry, yes.
```

Page 45

Matthew Alexander Neiwirth May 9, 2024

1         Q.   Thank you.  So who was the main leader or
2    organizer of the protest here?  Who is that?
3         A.   I don't know.
4         Q.   And what group is leading the protest, or is
5    there a group that's leading the protest?
6         A.   I -- I don't know.  I -- I feel kind of a
7    little generally -- generationally out of it.  The --
8    they're younger people, I think, generally.  But -- but,
9    again, I don't know.  It seems to be -- it seems to be
10   like the energy coming from some of these young folks
11   that -- that I don't know.  There are a couple older
12   people around that I recognize, but they don't seem to be
13   like the active leaders of it, so I -- I don't know.
14        Q.   So who are the people that you recognize, the
15   older people?
16        A.   Dana Hardy.  Avalon Hardy, who is younger.  But
17   it was her case that I saw Judge Dean say Mike Kish gave
18   plainly false testimony, and she's been around, and some
19   other folks whose names I'm not totally sure of.  A person
20   named Dez.  Don't know their last name.  A person I think
21   named Ty, Ty Werenka, I think, is his name.
22        Q.   Ty, like T-y?
23        A.   I think so.  I don't know, a bunch of -- a
24   bunch of other people I don't know.  People whose real
25   names I don't know at least.

                                              Page 46

1       Q.   So focusing on the time that you've been at the

2    protest, has your ability to communicate your message in

3    any way been impacted by Idaho State Police?

4       A.   Oh, yeah.

5       Q.   Okay.  In what ways?

6       A.   Well, I had to take down my one tent and

7    grab -- get another tent.  I had a sign taken from me,

8    taken from my hands, while I was peacefully demonstrating.

9    I was -- you know, I -- my larger tent that -- that I

10   originally brought down and wanted to keep, I -- I removed

11   that out of fear that it was going to get -- rot or stolen

12   'cause they'd stolen the other tents.

13           I -- the -- the reason I took down the -- the

14   gray tent was because, as I understand -- I was under the

15   understanding that the court said it was going to have

16   to -- or not the court, sorry, the police, ISP, said it

17   was going to have to be moved, and -- and I wasn't sure

18   that I would be able to make it back sooner, closer to the

19   time that it was going to be removed.  So I -- I took it

20   down earlier than I wanted to.  Those ways.

21           And -- and then also, you know, I've -- the --

22   the police have said we're not supposed to be there;

23   that -- that we need to leave; that we're not allowed to

24   have tents; that -- Kish said at one point that, you know,

25   we should just take the tents down and everything else can

                                              Page  47

1    stay, but the tents had to go.  I think it was Kish

2    anyway.  I shouldn't say that.  I -- I don't recall

3    exactly which one it was.

4           There's another guy that's been working with

5    Mr. Kish a lot, I -- I don't know his name, and -- and

6    they were kind of both involved, and I don't -- I don't

7    recall exactly which it was.

8           But, yeah, I felt -- I felt very intense

9    pressure from the State Police especially, and -- and

10   BPD's behavior on Friday night was concerning enough that

11   it's -- it's -- it's -- it's -- felt risky and scary to --

12   to stand up and to continue to exercise my rights, what I

13   believe are my rights, and I think what the judge was

14   clear of my rights, as I understood them.

15        Q.   And so you talked about a sign that was taken

16   away from you.  That was on Wednesday; is that correct?

17        A.   That was on Wednesday.

18        Q.   And that was the large sign that you described

19   as the "People's University" sign?

20        A.   Yes.

21        Q.   And were you carrying that by yourself, or did

22   it require multiple people to carry?

23        A.   Well, I'm -- as I mentioned, I'm a mover, so

24   I -- I carried it myself.  It was heavy.  And, you know,

25   I -- I took a break once or twice, but --

                                              Page  48

Matthew Alexander Neiwirth May 9, 2024

1      Q.   It was a large sign?

2      A.   It was a large sign.

3      Q.   Do you know about how big?

4      A.   I'd guess four by eight.  And then there were

5   two flags on top of that, two -- two Palestinian flags,

6   like the large, like what is that, three by five flags.

7      Q.   So what specifically about your message have

8   you not been able to communicate?

9      A.   Well, so not talking about the assembly itself,

10  but like the content of the message, 'cause the -- I mean,

11  they took our tents before rainstorms hit, you know.  So,

12  like I said, a literal chilling effect where people

13  weren't able to have a place to shelter during the rain.

14         But other than the sign, I guess, I've -- I've

15  been unable to have that symbolic expression, and that

16  symbol of solidarity with unhoused and displaced people in

17  Gaza, or -- or being part of a movement with that message

18  either on the Capitol steps yesterday, or at a couple

19  different times, and I don't remember the exact dates, I

20  assume Casey can provide them for you, when -- when the --

21  when the State Police have told us that we're not allowed

22  to -- to have those tents at the Capitol, or, I'm sorry,

23  at the -- here at the Annex.

24     Q.   So the sign said -- had a statement written on,

25  "People's University."  What is People's University?

Page  49

1      A.   This is, again, part of, I think, the assembly

2   function of what's happening, and -- and also I think --

3   and, again, I didn't make the sign.  I just kind of helped

4   carry it over, again, trying to avoid consequences from

5   the State Police at -- at the lawn, and I'm -- I'm not

6   even sure why they're threatening them, but whatever.

7          And so -- and -- and a lot of the -- the

8   protests I think that have been going on around the

9   country, there's different educational components, you

10  know, similar maybe like teach-ins for the '60s or

11  something like that, right?

12         And so -- like yesterday, just before the sign

13  was stolen, for example, there was a person speaking about

14  ethnic hatred, and -- and giving a lecture about that.  I

15  think that person might have been a BSU professor, or some

16  professor somewhere.  I -- but I'm not certain who that

17  was.  And then also, you know, things like the library.

18  And -- and it kind of like conveys this thing of like,

19  this is a place where folks can come and talk, and listen,

20  and learn about the plight of the -- the Palestinian

21  people.

22      Q.   And is there any part of that message, the

23  solidarity with the Palestinian people as you described

24  it, that requires those tents be set up on the Capitol

25  grounds or on the Annex lawn?

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

Matthew Alexander Neiwirth May 9, 2024

1          A.   Well, on the Capitol grounds we -- we were told

2     they couldn't be on the Annex lawn.  So we were trying to

3     move to a place that we thought was protected and kosher

4     under -- or, you know, legal -- so I shouldn't really say

5     that -- to a place that was legal, and to a place that was

6     protected after the police had told us we had to move,

7     again, based on my understanding.  I didn't hear that

8     conversation exactly, but I -- I imagine the evidence is

9     there for you somewhere.

10          Q.   So is there any part of your message that

11     actually requires it to be on the Capitol steps or on the

12     Annex lawn as opposed to like another city park, or

13     another place that you can be?

14          A.   Is there a part of the message that requires

15     that it be on this specific place of land --

16          Q.   Correct.

17          A.   -- as opposed to other public land?

18          Q.   Correct.

19          A.   I mean, the -- the -- the fact that it's

20     adjacent to the power center here in Idaho, you know, like

21     the symbolic center of -- of -- of the State, the -- the

22     seat of government for the State, is the -- this area

23     is -- is like, you know, I'd say, amongst the protest

24     community, for better or worse -- like the -- the Capitol

25     area is the first place people tend to think of as far as

Page 51

Matthew Alexander Neiwirth May 9, 2024

1    when they want to go and, you know, petition government

2    for redress of grievances or something like that.  Now, as

3    of this moment, specifically, the -- the governor's made a

4    statement condemning it.  So I -- I think it helps to be

5    close.

6         Q.   But what part of your message has to do with

7    the specific location of the tent on the grounds of the

8    Capitol Annex or at the Capitol?

9         A.   I -- I mean, I -- I guess it's a subdivision of

10   the U.S. government which is -- is helping -- and the U.S.

11   government is helping finance the -- the possible war

12   crimes by the Israeli defense forces.  And, you know --

13   so -- so that -- that -- that relationship -- I mean, the

14   relationship to State power, the relationship to

15   government power, and -- and being near that, and -- and

16   being able to -- to -- as best as possible, you know,

17   petition the government for redress of grievances.  That's

18   where the government is in Idaho --

19        Q.   So --

20        A.   -- across the street from us, you know.

21        Q.   So it sounds like the primary purpose of

22   choosing these was, you know, proximity of allowing other

23   people to hear your message better?  Would you agree with

24   that?

25        A.   I'm not sure why people chose it.

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

```
1              MX. PARSONS:  Objection, asked and answered.
2              THE WITNESS:  I'm not sure why people chose it.
3         Q.   (BY MR. CRAIG)  So you were not part of the
4    decision for the Capitol Annex or the Capitol grounds?
5         A.   No.  I -- I -- I tend to -- to roll as kind of
6    an autonomous person anyway.  That -- so -- so when --
7    when I'm speaking about being next to the site of
8    government, or the seat of government, or whatever, I
9    mean, that's like my -- what -- what I personally get from
10   here, and -- and I don't necessarily feel like I'm
11   subsumed under the actions of other demonstrators.
12        Q.   All right.  So what you're saying here as to
13   all those reasons may not apply to anybody else who's --
14        A.   Right.  Yeah.  I -- I don't know -- I don't
15   know what their reason for -- for this site or that site
16   might be, other than to -- to stand up for the plight of
17   the Palestinian people, I think, would be the one -- the
18   one thing we want to do generally.
19        Q.   Now might be a good time to take a break.
20   We've been going a little bit over an hour so --
21        A.   Okay.
22        Q.   If that works, we can take a short break and
23   then we can come back.  Okay?
24             MX. PARSONS:  Okay.
25             (Recess.)
```

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

1      Q.    (BY MR. CRAIG)  All right.  So we're back on

2    the record now.  I want to ask a few questions.  You said

3    you're planning on going camping soon, like a real camping

4    trip I think is how you described it?

5      A.    A real camping trip, yes.

6      Q.    When --

7      A.    Hopefully find some real mushrooms.

8      Q.    Okay.  When are you leaving for that?

9      A.    Tomorrow.

10     Q.    Tomorrow being Friday, May 10th?

11     A.    Tomorrow being, yeah, Friday.

12     Q.    And how long are you going to be gone for that

13   camping trip?

14     A.    We're getting back some time Mother's Day.

15     Q.    Mother's Day on Sunday?

16     A.    Sunday, yeah.  So -- but I guess that would be

17   the -- the 12th.

18     Q.    And where are you going just in general?  I

19   don't need the exact --

20     A.    Yeah.  Up towards Sage Hen.

21     Q.    I actually don't know where Sage Hen is.  I

22   know where --

23     A.    Sage Hen is --

24     Q.    -- a lot of Idaho is, but I don't know where

25   Sage Hen is.

Page 54

1          A.   It's north of Ola and Sweet, kind of -- Sage

2     Hen Reservoir, if -- if you go to Cougar -- if you're

3     heading to Cascade --

4          Q.   Yeah.

5          A.   -- and you pass Cougar Mountain Lodge.

6          Q.   Yeah.

7          A.   You can turn left and get there that way, but

8     maybe not.  There might be too much snow to get there now.

9     But -- so just, what would that be, west of kind of Cougar

10    Mountain Lodge, up in the hills there.

11         Q.   Okay.

12         A.   Probably out of phone range hopefully.

13         Q.   Okay.  Okay.  So then I want to a talk a little

14    bit more about -- so I want to just clarify.  Friday you

15    were not here at the protest at all other than to just

16    drive by; is that correct?

17         A.   Drive by and -- and take pictures, yes.

18         Q.   And then Saturday you showed up about, if I

19    remember right, roughly 10:00 o'clock in the morning?

20         A.   Yeah.

21         Q.   But then you were in and out the rest of the

22    day; is that correct?

23         A.   I took my tent down, which is the part I wanted

24    to correct.  I remember the order.  I took my tent down,

25    took it home, and then brought another tent back.

                                                    Page 55

Matthew Alexander Neiwirth May 9, 2024

1       Q.   Okay.

2       A.   Yeah.

3       Q.   So you set up your tent on Saturday morning and

4    then took it down Saturday morning?

5       A.   Because I was -- I was scared that it was going

6    to -- that I was going to lose it.

7       Q.   Right.   Okay.   And were you here on the Capitol

8    Annex lawn most of the day Saturday, or were you gone most

9    of the day?

10      A.   Most of the day?   Yeah.   I -- I -- I was here

11   for like -- boy, I mean, most -- I -- I'd be hesitant to

12   use the word like "most of the day" 'cause I'm not sure

13   exactly what we mean by "day," but, I mean, like the

14   12 hours, the 24 hours of daylight.   I'm not sure -- I was

15   probably here between four and six hours in total that

16   day, would be my guess.

17      Q.   Okay.   So Saturday here like --

18      A.   Like -- like on the -- on the grounds.   I -- I

19   was also, you know, parked nearby within eyesight for, you

20   know, another four hours that night, I guess.

21      Q.   Okay.   So on-site you were on the grounds about

22   four to six hours?

23      A.   That would be my guess.

24      Q.   Okay.   And on Sunday, about how long were you

25   here total?

Page 56

```
 1              MX. PARSONS:  Objection, asked and answered.
 2              THE WITNESS:  So I was here in the morning like
 3     when I left on Sunday I guess like just -- just before --
 4     you know, like the first thing in the morning, and then I
 5     don't think I came back the rest of the day.
 6         Q.   (BY MR. CRAIG)  So here just a few minutes on
 7     Sunday then?
 8         A.   Just, you know, kind of --
 9              MX. PARSONS:  Objection, asked and answered.
10              THE WITNESS:  -- kind of, you know, greeted
11     people in the morning and stuff and walked through the --
12     the vigil site.
13         Q.   (BY MR. CRAIG)  And Monday you were just here
14     for, if I remember right, you said about a half-hour to an
15     hour; is that right?
16              MX. PARSONS:  Objection, asked and answered.
17              THE WITNESS:  Yeah, probably something like
18     that.
19              MR. CRAIG:  Okay.
20              THE WITNESS:  I mean, the times I have a blur.
21         Q.   (BY MR. CRAIG)  Okay.  And Tuesday you were not
22     here at all?
23              MX. PARSONS:  Objection, asked and answered.
24              THE WITNESS:  I don't recall coming here on
25     Tuesday.  But, again -- I mean, it's kind of a -- I get
```

Page 57

1    excited and -- and it -- it really does all blur together.

2         Q.   (BY MR. CRAIG)  Okay.  And Wednesday just about

3    two hours?

4              MX. PARSONS:  Objection, asked and answered.

5              MR. CRAIG:  Is that right?

6              THE WITNESS:  On the -- on the Capitol -- or on

7    the -- on the Annex probably about, I don't know, you

8    know, 45 minutes, an hour, on the Annex maybe.  And then

9    after we moved to the Capitol, I -- I mean, I came -- I

10   got here at about 5:00 and I -- I was home by, you know,

11   8:00 or so.

12             And -- and like -- but we had been, you know,

13   forced off, in my view, of this -- of the Annex onto the

14   Capitol grounds.  And I -- it -- it -- you know, the --

15   the tensions were -- were pretty high, and -- and the

16   concern was high about what the police were going to do

17   exactly.

18        Q.   (BY MR. CRAIG)  So would you agree --

19        A.   So I'm not sure exactly how long I was here

20   before I went there.  You know, I wasn't really watching

21   the time.

22        Q.   So would you agree that from Friday through now

23   you have been somewhere else more than you've been here?

24             MX. PARSONS:  Objection, asked and answered.

25             THE WITNESS:  Yeah, probably.  We've been

                                            Page 58

1   working in shifts -- or the -- not working, but the --

2   just kind of coverage going in shifts.  And on Saturday

3   night I had agreed to do the -- to -- to -- and, again, I

4   wasn't on-site, but I had agreed to the midnight to

5   4:00 a.m. shift, and I did show up a little late for that

6   by the time I got back.  But -- and the -- the camp was

7   inside although -- or not the camp, the vigil site was

8   inside, although I was not actually present on the

9   grounds.

10        Q.   (BY MR. CRAIG)  Has any of your personal

11   property been seized by the police on this protest from

12   Friday through today?

13        A.   I assume so, but I'm not certain.  I brought

14   down a tarp as well, and I'm not sure where that's at.

15   I -- I assume that probably got taken.

16        Q.   Why do you assume it got taken?

17        A.   'Cause I -- I hadn't -- 'cause I hadn't seen it

18   around, I guess, and they were going to use it, but -- but

19   it's just an assumption.  I don't have any evidence of

20   that.

21        Q.   And that's the only piece of personal property

22   you're missing then?

23             MX. PARSONS:  Objection, asked and answered.

24             THE WITNESS:  I've -- I've removed my other

25   property out of concern it was going to be taken, yeah.

Page 59

1        Q.   (BY MR. CRAIG)  Have you -- as you've been

2    here, have you been talking to the other protesters?

3        A.   Some that -- there's -- Dana is an old friend

4    of mine, so I've talked to her quite a bit.  We know each

5    other from college.

6        Q.   And what is the other protesters' messages with

7    the tents?

8             MX. PARSONS:  Objection, hearsay -- or calls

9    for hearsay.

10            THE WITNESS:  Well, the --

11            MX. PARSONS:  Speculation.

12            THE WITNESS:  I know that -- that several of --

13   of the protesters -- some of the protesters -- one of the

14   protesters actually wrote the sign that I wanted to put on

15   my tent -- or that I put on my tent about it being a

16   symbol of unhoused population -- or displaced and unhoused

17   people in Gaza.  I didn't actually write that.  That was

18   written by another protester, and I'm not sure who that

19   person was, and they -- they put -- similar signs were

20   placed on some other tents as well.  So I -- that's one

21   example I can think of.

22            There was discussion -- I -- I heard some

23   discussion of people whose names I don't know -- or

24   actually read it on a chat, I guess, of people talking

25   about whether it was safe -- by "safe" I mean legal and

Page 60

1    protected under the Watters v. Otter injunction -- to --

2    to meet in the tent -- in -- in tents like during the rain

3    and stuff, and -- and one person was like, you know, we --

4    we shouldn't be assembling.  We shouldn't -- you know,

5    unless it's just to shelter from the rain, we probably

6    shouldn't be meeting in the tents.

7         And -- and I know that I spoke up at that

8    point.  I said, well, my understanding of -- of the

9    hearing from last Saturday -- I -- I think that's when it

10   was, right -- was that that judge said that we could have

11   discussions in tents, and that that was -- that that was

12   protected.  So I -- I know there's been that discussion

13   about it as well.

14        And then not from like protesters per -- I

15   mean, you know, like the -- I've seen discussion online

16   and stuff about like the symbolic value of tents in -- in

17   the -- the protest -- the protests nationwide.  But I -- I

18   don't know that I talked about those with any of the

19   protesters specifically on-site.

20        Q.   (BY MR. CRAIG)  And what are your long-term

21   plans as it relates to those protests?

22        A.   I -- I'm not sure, honestly.  I -- I intend --

23   I intend to continue speaking out for justice for the

24   Palestinian people in -- in the way that I feel is the

25   best use of my energy.  And -- and right now it definitely

Page 61

1    feels like the -- the best use of my energy is engaging

2    with -- with this movement that seems to be happening

3    internationally now.

4              I -- I know that I'm -- I'm -- I'm also -- I'm

5    also hesitant to -- to making long protest commitments

6    after the -- the occupation in 2011 and 2012.  I'm a

7    little burned out on the tactic, frankly.  And I think

8    that there's other tactics that -- that would be less

9    work.

10        Q.   What would those tactics be?

11        A.   Well, ones that were less assertive of our

12   rights, and -- and ones that didn't challenge the State

13   Police, and -- and what they want to do with the Annex

14   lawn.

15        Q.   And what would those be, like what specific

16   tactics?

17        A.   What tactics?

18             MX. PARSONS:  Objection, asked and answered.

19             THE WITNESS:  I like education tactics, and --

20   and there's -- and that's one thing I like about this

21   protest.  The -- I've -- I've also considered banner drops

22   in the Capitol.

23        Q.   (BY MR. CRAIG)  When you say "education

24   tactics," what do you mean by that, like speakers or --

25        A.    I -- I thought that was awesome, yeah,

Page 62

1    speakers.  I -- I think the zines are great.  I think

2    the -- the library is great.  I think having

3    conversations, face-to-face conversations, amongst just

4    interested individuals is great.  Anything that -- that

5    raises awareness is -- is great.  And right now I think

6    that -- that this is probably the -- the best as far as

7    raising awareness and -- and getting attention, and

8    what -- what I think is legal, you know.

9         I -- I -- I think that -- that this current

10   tactic is probably -- probably the best -- best for now.

11   I can also imagine the State being successful at -- at

12   wearing us out, and tiring us out, and making us change to

13   a less visible strategy, chilling us as it were.

14        Q.   All right.  I don't think I have any other

15   questions.  So your attorney might have some questions for

16   you.

17             MX. PARSONS:  No.

18             MR. CRAIG:  Okay.

19             MX. PARSONS:  We would like to review a copy of

20   the deposition for reading, but -- is that possible?  Are

21   you just like taking a recording down?  It's going to be

22   transcribed later?

23             THE COURT REPORTER:  (Nonverbal response.)

24             MX. PARSONS:  Oh.

25             MR. CRAIG:  Yeah.  All right.  So I think we

Page 63

1    can go off the record now.  Okay?

2                (Deposition concluded at 4:38 p.m.)

3                (Signature requested.)

4                          -oOo-

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 64

1                   REPORTER'S CERTIFICATE

2              I, MARIA D. GLODOWSKI, CSR No. 725,

3      Certified Shorthand Reporter, certify;

4              That the foregoing proceedings were taken

5      before me at the time and place therein set forth, at

6      which time the witness was put under oath by me;

7              That the testimony and all objections made

8      were recorded stenographically by me and were

9      thereafter transcribed by me, or under my direction;

10             That the foregoing is a true and correct

11     record of all testimony given, to the best of my

12     ability;

13             I further certify that I am not a relative or

14     employee of any attorney or party, nor am I financially

15     interested in the action.

16             IN WITNESS WHEREOF, I set my hand and seal

17     this 13th day of May, 2024.

18

19

20             _Maria D. Glodowski_

21             MARIA D. GLODOWSKI, CSR NO. 725

22             Notary Public

23             P.O. Box 2636

24             Boise, Idaho  83701-2636

25     My commission expires August 21, 2026.

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

1    Casey Parsons

2    casey@wrest.coop

3                              May 13, 2024

4    RE:    Watters v. Little, et al.

5        5/9/2024, Matthew Alexander Neiwirth (#6695894)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   Calendar-Idaho@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18      If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22                        Yours,

23                        Veritext Legal Solutions

24

25

                                                  Page 66

```
 1    Watters v. Little, et al.

 2    Matthew Alexander Neiwirth (#6695894)

 3                   E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____    _____

24    Matthew Alexander Neiwirth                      Date

25
```

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

1    Watters v. Little, et al.

2    Matthew Alexander Neiwirth (#6695894)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Matthew Alexander Neiwirth, do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____     _____

12   Matthew Alexander Neiwirth          Date

13   *If notary is required

14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                       _____ DAY OF _____, 20____.

16

17

18                       _____

19                       NOTARY PUBLIC

20

21

22

23

24

25

                                              Page 68

**[0076 - adrenaline]**

| 0 |
|---|
| **0076** 1:6 |

| 1 |
|---|
| **10:00** 35:22,23 35:23,23 37:20 37:21 55:19 |
| **10th** 54:10 |
| **11:00** 35:23,23 |
| **12** 36:21 56:14 |
| **12:00** 37:20 |
| **12th** 54:17 |
| **13** 66:3 |
| **13th** 65:17 |
| **15** 9:25 20:19 45:16 |
| **16** 20:21 |
| **1:00** 37:21 38:5 38:5,5,6 |
| **1:12** 1:6 |

| 2 |
|---|
| **20** 20:22 68:15 |
| **20,000** 28:13 |
| **2000** 6:25 14:17 |
| **2007** 6:25,25 |
| **2008** 6:25 7:2,6 7:14 14:16,17 |
| **2011** 9:12 62:6 |
| **2012** 9:11,13,18 62:6 |
| **2016** 10:11 12:14 |
| **2020** 13:7 |

**2021** 12:15,17 12:25 13:7
**2022** 38:23
**2024** 1:16 2:5 65:17 66:3
**2026** 65:25
**21** 65:25
**24** 56:14
**24-7** 9:8
**25** 36:22
**2636** 65:23
**2:00** 38:8
**2:30** 45:13

| 3 |
|---|
| **30** 42:22 66:16 |
| **32226** 65:20 |
| **3:00** 2:4 |
| **3rd** 31:13 |

| 4 |
|---|
| **4** 3:3 |
| **40** 20:21 |
| **4003** 6:15 |
| **45** 41:22 42:23 58:8 |
| **4:00** 59:5 |
| **4:20** 35:13,15 36:7 |
| **4:38** 64:2 |
| **4th** 35:17 |

| 5 |
|---|
| **5/9/2024** 66:5 |
| **514** 2:3,16 |
| **5:00** 58:10 |

**5th** 9:12 10:10 12:14,25

| 6 |
|---|
| **60s** 50:10 |
| **6695894** 66:5 67:2 68:2 |
| **6:00** 43:16 44:8 |
| **6th** 35:17 |

| 7 |
|---|
| **725** 1:22 65:2 65:21 |
| **7th** 35:17 |

| 8 |
|---|
| **812** 2:22 |
| **83701-2636** 65:24 |
| **83702** 2:17,23 |
| **8:00** 43:15 44:19,20 58:11 |

| 9 |
|---|
| **9** 1:16 2:4 |
| **94** 6:18 |
| **99** 15:5 |
| **9:00** 35:23,23 |

| a |
|---|
| **a.m.** 38:5,6 59:5 |
| **ability** 11:4 47:2 65:12 |
| **able** 5:7,11 18:5 37:6 39:1 47:18 49:8,13 52:16 |

**above** 2:7 66:6 68:7
**access** 28:21
**accuracy** 66:9
**acknowledge...** 68:3
**acknowledg...** 66:12
**acting** 16:12,12
**action** 65:15
**actions** 53:11
**active** 46:13
**actively** 10:17
**activities** 18:8
**activity** 32:12
**actual** 35:1
**actually** 10:10 21:19 22:6 23:13 24:5,18 26:13 41:4 51:11 54:21 59:8 60:14,17 60:24
**ada** 8:25 41:21 43:18,19 44:9
**addition** 17:19 18:17 28:13
**additions** 68:6
**address** 6:14 36:20
**adjacent** 51:20
**admin** 12:4 13:2
**adrenaline** 37:10

**[advantages - based]**

**advantages** 17:7
**afraid** 36:13
**afternoon** 4:15 5:2 30:17 33:15 34:8
**ag** 16:2
**ag.idaho.gov** 2:18
**ago** 9:25 20:19
**agree** 52:23 58:18,22
**agreed** 59:3,4
**al** 1:4,7 66:4 67:1 68:1
**alexander** 1:15 2:1 3:2 4:9,17 66:5 67:2,24 68:2,4,12
**algorithm** 14:6
**allotted** 66:19
**allowed** 13:21 14:19 22:24 47:23 49:21
**allowing** 52:22
**alls** 22:15
**amendment** 17:14
**amount** 7:19
**analogue** 29:3
**anderson** 2:14
**andrus** 16:15
**annex** 15:25 22:1 33:2,10 37:17,23 43:22

**arguing** 8:24
**ashes** 10:9 12:22,23,24
**asked** 5:18 37:7 53:1 57:1,9,16 57:23 58:4,24 59:23 62:18
**asks** 27:9
**assemble** 17:23
**assembling** 61:4
**assembly** 9:1 16:6,18 18:2,3 20:15 25:12,12 49:9 50:1
**assertive** 62:11
**assisted** 41:22 41:25
**association** 11:14 12:1
**assume** 14:5,7 18:19 28:3 49:20 59:13,15 59:16
**assuming** 13:22 14:1
**assumption** 59:19
**attached** 42:11 66:11
**attacks** 28:10
**attention** 63:7
**attorney** 2:3,11 5:24 15:18 63:15 65:14

**44:8 45:1 49:23 50:25 51:2,12 52:8 53:4 56:8 58:7 58:8,13 62:13**
**anniversary** 12:16
**answer** 5:18 23:18 24:13,14
**answered** 53:1 57:1,9,16,23 58:4,24 59:23 62:18
**answers** 6:8,10
**anybody** 39:8 39:16 53:13
**anyway** 48:2 53:6
**apologize** 4:22
**apparently** 32:7
**appeal** 13:22
**appearances** 2:9
**appeared** 17:3 30:23,25 31:3
**appended** 68:7
**applicable** 66:8
**apply** 53:13
**apron** 41:25 42:18,20 43:4
**area** 21:18,20 28:1,6,7,11 51:22,25**

**66:13**
**audible** 6:8,10
**august** 65:25
**autonomous** 53:6
**available** 66:6
**avalon** 46:16
**avoid** 19:25 50:4
**aware** 27:1
**awareness** 63:5 63:7
**awesome** 62:25

**b**

**back** 7:10,11 11:10 22:17 23:4 30:21 34:5 37:21,24 38:5,6,20 42:19,20 43:3 44:23 47:18 53:23 54:1,14 55:25 57:5 59:6
**bad** 21:1
**balance** 45:3
**bank** 15:20
**bankers** 15:2,2
**banks** 14:22
**banksters** 14:19
**banner** 62:21
**bars** 19:11
**based** 51:7

Page 2

Matthew Alexander Neiwirth May 9, 2024

**[basically - casey]**

**basically** 6:18
  14:20
**batteries** 26:9
**behalf** 2:2 15:4
  15:6
**behaved** 43:8
**behaving** 33:22
**behavior** 30:20
  48:10
**believe** 7:12
  9:23 10:11,18
  13:6,7 21:8
  22:3 23:25
  25:25 26:9
  31:15 45:6
  48:13
**best** 5:8,12
  23:18 52:16
  61:25 62:1
  63:6,10,10
  65:11
**better** 39:19
  41:4 51:24
  52:23
**big** 17:18,22
  32:15 49:3
**bit** 6:4 25:16
  34:22 36:24
  38:2,7 40:16
  41:4 42:16
  53:20 55:14
  60:4
**blankets** 27:6,8
**blowing** 45:3

**blue** 39:21
**blur** 13:8 34:22
  40:18 57:20
  58:1
**blw** 1:6
**body** 16:11,11
**boise** 2:4,17,23
  6:13,16,20 7:1
  7:14,20 8:2,13
  8:14 11:7,8,9
  11:10,20 12:1
  12:5 13:4 30:5
  31:21 32:18
  65:24
**boise's** 12:13
**books** 22:8,12
  23:16,19,23
**bookshelf**
  22:12,18
**bottle** 39:15
**bought** 16:19
**box** 65:23
**boy** 9:22 16:3
  56:11
**bpd** 30:20,25
  30:25 31:5
  33:25
**bpd's** 48:10
**bradley** 1:7
**break** 5:14,15
  5:19,22 48:25
  53:19,22
**breaks** 6:18
**brian** 2:13 7:5

**briefly** 39:25
  40:2,4 42:7
**brought** 25:23
  25:24 44:24
  47:10 55:25
  59:13
**bsu** 50:15
**bucks** 13:19
**building** 21:7
  33:2,4,10
  42:21 43:3,22
  43:24 44:15
  45:2
**bunch** 46:23,24
**burned** 62:7

**c**

**c** 2:14
**c.s.r.** 1:22
**calendar** 66:15
**california** 6:24
  7:13
**call** 28:1 29:2
**called** 9:4
**calls** 60:8
**camp** 17:12
  29:2 59:6,7
**camping** 17:13
  19:16 34:25
  35:2,3,4,9 54:3
  54:3,5,13
**camps** 21:12
**campus** 8:12,13
  8:14 32:16
**campuses** 8:18

**canopies** 18:16
  18:21 22:4
  24:8,9 25:2,5
  25:19 26:14
  27:5 42:18
**canopy** 19:9,13
  27:12
**capitalist** 14:14
  15:1
**capitalists** 15:2
**capitol** 15:25
  18:7 22:1,25
  33:2,10 36:20
  37:17 42:1,9
  42:20 43:2,22
  44:8,14,25
  45:1 49:18,22
  50:24 51:1,11
  51:24 52:8,8
  53:4,4 56:7
  58:6,9,14
  62:22
**car** 34:7 37:22
  37:23 38:1,3
**care** 38:22 39:1
**carried** 45:1
  48:24
**carry** 48:22
  50:4
**carrying** 48:21
**cascade** 55:3
**case** 1:5 9:7
  20:11 46:17
**casey** 2:21,24
  49:20 66:1,2

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[cause - convoluted]**

| | | | |
|---|---|---|---|
| **cause**  30:11 | **church**  2:13 | **commencing** | **confidence** |
| 38:25 44:19 | **circled**  30:21 | 2:4 | 36:15 |
| 47:12 49:10 | 34:5 | **commission** | **confident**  36:14 |
| 56:12 59:17,17 | **city**  31:24 | 65:25 | **congregate** |
| **cecil**  16:15 | 51:12 | **commitments** | 25:4 |
| **center**  51:20,21 | **civilian**  28:12 | 62:5 | **consensus**  16:6 |
| **certain**  42:1 | **clarification** | **committed** | **consequences** |
| 50:16 59:13 | 5:24 6:1 | 14:22 | 50:4 |
| **certificate**  65:1 | **clarify**  25:7 | **common**  15:5 | **consider**  11:13 |
| **certified**  2:5 | 43:19 55:14 | **communicate** | 11:15 |
| 65:3 | **class**  14:14,15 | 27:20 47:2 | **considered** |
| **certify**  65:3,13 | **cleanup**  18:8 | 49:8 | 6:19 7:19 |
| **chain**  30:23 | **clear**  19:18,19 | **community** | 62:21 |
| **chairs**  27:14 | 32:4 34:18 | 13:21 51:24 | **considering** |
| **challenge**  62:12 | 42:16 44:5 | **complete**  68:8 | 13:12 |
| **change**  20:17 | 48:14 | **completed** | **constructed** |
| 63:12 67:4,7 | **cleared**  32:3 | 66:16 | 19:10 |
| 67:10,13,16,19 | **clearing**  44:24 | **complicated** | **consumer** |
| **changed**  25:15 | **close**  52:5 | 16:4 | 15:19 |
| 25:15 44:1,2 | **closer**  47:18 | **components** | **contact**  10:14 |
| **changes**  66:10 | **closest**  29:3 | 50:9 | 10:22,24,25 |
| 68:6 | **coat**  26:18 | **concern**  44:16 | **content**  49:10 |
| **chanting**  42:24 | **collapse**  14:18 | 58:16 59:25 | **context**  14:2 |
| **chants**  43:8 | 14:20 | **concerned**  35:1 | **continue**  25:13 |
| **chat**  60:24 | **collective**  2:20 | **concerning** | 48:12 61:23 |
| **check**  35:21 | **college**  60:5 | 28:11,16 33:21 | **continued**  9:12 |
| **checking**  37:25 | **color**  39:20 | 48:10 | **conversation** |
| **children**  28:14 | **come**  25:4 | **concluded**  64:2 | 51:8 |
| **chilled**  23:3 | 27:15 50:19 | **concrete**  21:8 | **conversations** |
| **chilling**  32:8 | 53:23 | **condemning** | 18:4 29:19 |
| 40:25 49:12 | **comfortable** | 52:4 | 63:3,3 |
| 63:13 | 27:16 36:17 | **conducive** | **conveys**  50:18 |
| **choosing**  52:22 | **coming**  26:8 | 39:12 | **convoluted** |
| **chose**  15:24 | 38:25 46:10 | **conference** | 5:25 |
| 52:25 53:2 | 57:24 | 33:9 | |

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[cooking - direction]**

**cooking** 21:4
25:18 26:4
**copies** 66:14
**cops** 35:8
**copy** 63:19
**corner** 39:15
**correct** 4:21
8:21 11:11
12:2 16:22
18:13,15 22:2
24:11 25:6,19
26:11 31:14,15
33:10,16 43:23
48:16 51:16,18
55:16,22,24
65:10 68:8
**corrections**
68:6
**cougar** 55:2,5,9
**counsel** 66:14
**country** 50:9
**county** 8:25
41:21 43:18,20
44:9
**couple** 9:14,14
12:5 17:9
20:20 35:13,14
36:8 38:20
44:1,2 45:10
46:11 49:18
**court** 1:1 4:1,7
5:2 6:3,7 7:10
8:6 26:2 47:15
47:16 63:23

**courthouse**
8:25 17:3
41:21,24,24
43:19,20 44:9
44:25,25
**coverage** 59:2
**covered** 18:23
19:1,2,12
21:18
**craig** 2:12 3:3
4:14 6:6 7:5,7
7:11,12 8:9
24:13 25:1
26:7 53:3 54:1
57:6,13,19,21
58:2,5,18
59:10 60:1
61:20 62:23
63:18,25
**created** 18:1,3
**crimes** 52:12
**csr** 65:2,21
**current** 21:24
27:25 30:14
63:9
**currently** 6:12
7:24 33:9
43:25
**cv** 1:6

| d |
|---|

**d** 1:22 2:5 3:1
4:18 16:11
65:2,21
**dana** 46:16
60:3

**date** 38:23
67:24 68:12
**dates** 49:19
**day** 13:20 24:2
24:3 31:7,9,13
32:25 39:3,24
40:9 54:14,15
55:22 56:8,9
56:10,12,13,16
57:5 65:17
68:15
**daylight** 56:14
**days** 21:25
38:20 66:16
**dealing** 17:20
**dean** 9:23
10:14,22 46:17
**december** 21:1
**decided** 18:5
32:17,18,19
**decision** 16:3
16:14 53:4
**decisions** 16:4
16:12 29:21
**declare** 68:4
**declared** 4:10
**deemed** 68:6
**defend** 9:7
15:18
**defendants** 1:8
2:2,10
**defense** 28:3
52:12
**definitely** 11:22
20:10 25:17,22

26:13,25 30:6
61:25
**delineation**
11:15
**democratic**
16:11,11 18:4
**demonstrating**
47:8
**demonstration**
29:23
**demonstrators**
53:11
**deponent** 66:13
68:3
**deposing** 66:13
**deposition** 1:15
2:1 5:1 33:9
63:20 64:2
**described**
20:10 48:18
50:23 54:4
**describes** 8:10
**developing**
30:2
**developments**
29:14
**dez** 46:20
**died** 28:15
**different** 9:15
16:25 28:20
29:6 32:1,1
35:6 49:19
50:9
**direction** 65:9

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

**[disclosure - expression]**

disclosure   37:5
discourage
   30:8 32:10
discussing
   31:20
discussion
   17:12 20:15
   31:25 60:22,23
   61:12,15
discussions
   17:25 18:12
   29:24 61:11
dishes   21:20
displaced   27:24
   28:5,18 31:12
   38:16 49:16
   60:16
displacement
   28:2
dispose   8:12
district   1:1,2
dogs   35:3
doing   5:1 13:12
   15:23 16:2,25
   17:10,14 30:21
dome   19:11
door   33:12
dozed   38:2
drive   36:19
   55:16,17
driving   16:9
   30:20 31:17
drops   62:21
drove   30:19
   33:15,19 34:4

34:5 36:10
dry   39:17
duties   8:10,11

**e**

e   3:1 4:18,18,18
   4:19,20 67:3,3
   67:3
e.m.   2:12
earlier   12:16
   42:7 47:20
early   9:11
east   21:7 43:4
economic   14:11
   14:17 15:7
   24:1 25:10
economy   14:20
education
   62:19,23
educational
   50:9
edward   1:4
   10:2,4 12:22
   21:9
effect   40:25
   49:12
eight   24:3 49:4
either   6:8 22:25
   49:18
electric   26:5,6
electricity   26:7
elk   29:2
email   32:4,8
emergency
   39:17

employed   7:24
   8:1
employee   65:14
encampment
   37:15
encampments
   29:16
encourage   30:7
encouraged
   28:7
energy   46:10
   61:25 62:1
engage   11:4
   13:23
engaging   62:1
entitled   2:7
entity   12:1
environment
   20:15
eppink   2:25
errata   66:11,13
   66:16
especially
   16:19 20:25
   27:16 28:11
   48:9
establishment
   12:13
et   1:4,7 66:4
   67:1 68:1
ethnic   42:3
   50:14
event   31:20,21
everybody   14:4

evidence   51:8
   59:19
exact   28:25
   36:6 37:2
   49:19 54:19
exactly   8:11
   9:10 11:12,15
   13:6 16:16
   19:18 22:16,22
   32:23 48:3,7
   51:8 56:13
   58:17,19
examination
   3:3 4:13
examined   4:11
example   37:10
   50:13 60:21
exchange   10:20
   14:2
excited   37:7,9
   40:16 58:1
exercise   48:12
exhibit   3:8
exhibits   3:6
exist   25:16
experience
   21:11 29:15
expires   65:25
exploited   15:7
exploiting
   14:15
express   30:9
expression
   49:15

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

**[extended - give]**

| | | | |
|---|---|---|---|
| **extended** 7:23 | 36:17 37:9 | **follows** 4:11 | **friends** 38:12 |
| **extent** 31:8 | 46:6 53:10 | **food** 25:21,23 | **front** 25:12 |
| **eye** 38:9 | 61:24 | 27:5 | 33:3,12 43:1 |
| **eyesight** 56:19 | **feels** 62:1 | **force** 16:9 | **fuck** 43:11 |
| **f** | **feet** 20:21,21 | **forced** 28:18 | **full** 7:1 37:5 |
| | 20:22 | 58:13 | **function** 18:15 |
| **face** 31:2 63:3,3 | **felt** 35:8 43:7 | **forces** 28:3 | 50:2 |
| **facebook** 10:19 | 48:8,8,11 | 52:12 | **functions** 25:11 |
| 10:21 12:4 | **feminine** 27:13 | **foregoing** 65:4 | **furniture** 32:5 |
| 13:1,5,9,13 | **figure** 13:14 | 65:10 68:5 | **further** 65:13 |
| 14:6 | **filed** 9:9,10 | **forget** 44:1 | **g** |
| **facilitate** 18:12 | **finance** 52:11 | **form** 19:11 | |
| **facilitated** 18:3 | **financially** | **formal** 5:2,2 | **gather** 25:4 |
| **facilitating** | 65:14 | **formed** 30:22 | **gathered** 30:18 |
| 20:14 25:12 | **find** 54:7 | 30:23 | **gathering** 25:3 |
| **fact** 17:23 | **finished** 10:16 | **forth** 65:5 | **gaza** 27:24 |
| 28:17 51:19 | **first** 4:10,17 | **found** 14:6 | 31:12 38:16 |
| **factors** 16:7 | 9:19 17:14 | **four** 49:4 56:15 | 49:17 60:17 |
| **fails** 66:18 | 20:7,11 31:7 | 56:20,22 | **gear** 31:3,4 |
| **fair** 20:6 | 31:13 32:2 | **framework** 9:6 | **geared** 31:5 |
| **false** 20:3 46:18 | 51:25 57:4 | **franklin** 2:22 | **geez** 18:21 |
| **familiar** 24:2 | **five** 13:19 49:6 | **frankly** 62:7 | **general** 2:3,11 |
| **families** 14:25 | **flags** 42:11 | **fraud** 14:21 | 16:6 29:13 |
| **family** 39:24 | 49:5,5,6 | 15:1,20,20 | 54:18 |
| 43:13 | **floor** 2:4,16 | **free** 5:23 6:1 | **general's** 15:18 |
| **far** 29:16,20 | **flyers** 38:23 | 9:1 13:23 | **generally** 27:15 |
| 51:25 63:6 | **focusing** 47:1 | 32:11 | 46:7,8 53:18 |
| **farnsworth** | **folks** 11:23,23 | **friday** 31:13 | **generationally** |
| 10:1 | 20:16 28:7 | 33:15,24 34:3 | 46:7 |
| **farnworth** | 30:22 32:17 | 34:7 48:10 | **geodesic** 19:11 |
| 10:23 | 38:7 43:1 | 54:10,11 55:14 | **getting** 31:1 |
| **favor** 17:2 | 46:10,19 50:19 | 58:22 59:12 | 32:1 35:20 |
| **fear** 47:11 | **follow** 16:17 | **friend** 30:18 | 38:17 54:14 |
| **federal** 14:24 | **following** 14:13 | 37:20 42:22 | 63:7 |
| **feel** 5:23 6:1 | | 60:3 | **give** 4:4 5:8,12 |
| 15:1 23:2 | | | |

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

**[given - highlighted]**

**given**  65:11
68:9
**giving**  42:3
50:14
**glencoe**  6:15
**glodowski**  1:22
2:5 65:2,21
**gnarly**  38:18
**go**  7:7,10 8:17
18:6 19:25
32:4 37:19
38:11 43:12
48:1 52:1 55:2
64:1
**god**  4:5
**goers**  25:24
**going**  7:11 8:9
14:24 21:1
23:2,12,16
29:22,23 30:3
32:22 33:14,21
35:20 37:10
41:10 42:8
44:17 45:3
47:11,15,17,19
50:8 53:20
54:3,12,18
56:5,6 58:16
59:2,18,25
63:21
**good**  4:15
28:21,24 34:25
35:25 53:19
**government**
14:24 16:2

51:22 52:1,10
52:11,15,17,18
53:8,8
**governor's**
20:5 52:3
**grab**  40:2 47:7
**grabbed**  36:25
**gray**  39:21
47:14
**great**  21:12,12
41:5 63:1,2,4,5
**green**  18:20
**greeted**  57:10
**grievances**  52:2
52:17
**ground**  19:3
27:7,9
**grounds**  15:25
34:2 41:21
50:25 51:1
52:7 53:4
56:18,21 58:14
59:9
**group**  16:5,17
41:10 43:3
46:4,5
**groups**  28:4
**guess**  9:19
11:12,16 14:17
23:17 26:18
29:20 35:17
36:8 39:17
40:17 45:16
49:4,14 52:9
54:16 56:16,20

56:23 57:3
59:18 60:24
**guessing**  32:25
**gunderson**  9:23
10:15
**guy**  9:24 48:4
**gym**  19:8

**h**

**h**  4:18,19,20
67:3
**half**  36:23 40:4
40:6 57:14
**hall**  31:24
**hand**  4:2 65:16
**handler**  8:7
**hands**  47:8
**happen**  17:25
18:5 30:5
**happened**
14:16,18 17:10
31:17 34:22
**happening**
18:10 50:2
62:2
**happens**  4:24
**happy**  16:17
**harassed**  23:3
**hard**  21:2
**hardy**  46:16,16
**hatred**  42:3
50:14
**haymarket**
23:24 24:2
**head**  6:9,10

**heading**  55:3
**health**  11:2
**hear**  37:6 51:7
52:23
**heard**  30:2,17
31:19,20,21
32:21,22,23
33:13,17 43:6
43:6,6,10
60:22
**hearing**  26:23
61:9
**hearsay**  60:8,9
**heavily**  31:4
**heavy**  45:2
48:24
**held**  45:4,9,11
45:14
**help**  4:5
**helped**  44:13
44:22 50:3
**helping**  52:10
52:11
**helps**  52:4
**hen**  54:20,21
54:23,25 55:2
**hereto**  68:7
**hesitant**  56:11
62:5
**hi**  36:2 45:10
45:10
**high**  58:15,16
**highlighted**
15:8

Page 8

**[hills - justice]**

| | | | |
|---|---|---|---|
| **hills** 35:3 55:10 | **how's** 33:20 | **indicated** 7:13 | **involvement** |
| **historically** | **huh** 6:9 12:18 | **indication** | 11:8,9 12:8 |
| 34:1 | 15:15 16:23 | 15:21 | 29:8 31:8,16 |
| **hit** 49:11 | 18:14 19:22 | **individuals** | **isp** 22:23 34:1 |
| **hold** 22:12 | 22:9 33:17 | 63:4 | 34:24 42:6 |
| **holding** 42:10 | 34:13 41:8 | **initially** 33:21 | 47:16 |
| **holds** 29:6 | 44:12 45:23 | 34:16 35:1 | **israel** 28:1,10 |
| **home** 6:20 32:4 | **huhs** 6:9 | 40:24 | **israeli** 28:3 |
| 35:6 36:10,16 | **human** 30:23 | **injunction** | 52:12 |
| 36:25 39:24 | **hygiene** 27:13 | 36:14 61:1 | **items** 8:12 |
| 43:12,15 44:19 | **i** | **injustice** 25:10 | **j** |
| 55:25 58:10 | **idaho** 1:2 2:4,7 | **ins** 50:10 | **jail** 19:25 |
| **homeless** 18:9 | 2:17,23 6:13 | **inside** 59:7,8 | **james** 2:12 |
| **homelessness** | 15:16 16:1 | **inspected** 23:21 | **james.craig** |
| 17:20 25:9 | 20:5 34:17 | **insulate** 19:4 | 2:18 |
| **homes** 14:21 | 47:3 51:20 | **intend** 61:22,23 | **january** 9:19 |
| 17:17 | 52:18 54:24 | **intense** 48:8 | 21:1 |
| **honestly** 16:8 | 65:24 66:15 | **intent** 32:10 | **jay** 1:7 |
| 18:18,19 23:17 | **idea** 32:24 | **interested** 63:4 | **jefferson** 2:3,16 |
| 37:3 61:22 | **idf** 28:14 29:1 | 65:15 | 31:5 42:25 |
| **hopefully** 54:7 | **illegal** 17:4 | **interesting** | 43:2 |
| 55:12 | 18:24 | 11:14 14:15 | **job** 8:3 30:12 |
| **hot** 35:3 | **illegally** 23:2 | **interference** | **joke** 14:1,5 |
| **hour** 24:3 | **imagine** 51:8 | 17:5 | **jokingly** 13:19 |
| 36:23 40:5,6,6 | 63:11 | **internationally** | **joshua** 2:15 |
| 42:2 53:20 | **immediately** | 62:3 | **judge** 20:2 |
| 57:14,15 58:8 | 9:17 20:12 | **internet** 12:5 | 46:17 48:13 |
| **hours** 27:18 | **impacted** 47:3 | **interpretation** | 61:10 |
| 36:9 44:19 | **implied** 14:3 | 32:13 | **judges** 9:15 |
| 56:14,14,15,20 | **important** | **involved** 10:18 | **june** 9:13 |
| 56:22 58:3 | 25:11 | 11:20,22,25 | **jungle** 19:8 |
| **house** 7:16 | **including** 42:6 | 14:8 18:16 | **justice** 14:11 |
| 36:20 | 45:20 | 29:19 30:13 | 24:1 61:23 |
| **housing** 14:20 | **independently** | 45:7 48:6 | |
| | 23:8 | | |

**[keep - little]**

**k**

**keep**  19:4 38:9
  44:3 47:10
**kept**  19:3 39:17
**kicked**  10:21
  12:3 13:1,4,9
**kid**  37:1
**kids**  30:8 36:25
**killed**  28:14
**kind**  11:13,14
  15:3,25 17:12
  17:21 19:3,4,9
  19:13 20:14
  21:10 29:4,13
  31:1 32:11
  33:20 37:7
  38:24 40:16,17
  40:25 45:2
  46:6 48:6 50:3
  50:18 53:5
  55:1,9 57:8,10
  57:25 59:2
**kish**  17:6 20:1
  22:22 34:18
  42:7 46:17
  47:24 48:1,5
**kitchen**  21:13
  21:18
**know**  5:15 7:22
  9:5,12 10:14
  10:25 11:5,5
  11:15,18 13:11
  13:18 14:4,13
  14:18 15:4,19
  17:4,19,23

  18:6,7,8,20
  19:18 20:14,23
  22:15,21,22
  23:4,17 25:20
  26:17 27:14,15
  27:23,25 28:6
  28:9,13,14,20
  29:11,17 30:3
  31:25 32:22,24
  32:25 33:6,20
  35:2,8 36:13
  37:1,10,11,25
  38:8,15 39:9
  39:16,18 40:23
  42:12 43:10,14
  45:10 46:3,6,9
  46:11,13,20,23
  46:24,25 47:9
  47:21,24 48:5
  48:24 49:3,11
  50:10,17 51:4
  51:20,23 52:1
  52:12,16,20,22
  53:14,15 54:21
  54:22,24 56:19
  56:20 57:4,8
  57:10 58:7,8
  58:10,12,14,20
  60:4,12,23
  61:3,4,7,12,15
  61:18 62:4
  63:8
**known**  43:25
**knows**  14:4,5

**kosher**  51:3

**l**

**l**  4:18
**laid**  27:7,9
**land**  51:15,17
**language**  13:11
**large**  8:12 16:6
  18:20 20:20,21
  45:2 48:18
  49:1,2,6
**larger**  47:9
**late**  35:24 59:5
**law**  29:17
**lawn**  10:10
  17:3 21:25
  27:14 33:3,12
  33:14,14 38:22
  41:23 50:5,25
  51:2,12 56:8
  62:14
**lawsuit**  8:20,23
  9:9,21 10:15
  11:1,11,19
  14:9,9 16:20
  16:23 24:10,10
**leader**  46:1
**leaders**  46:13
**leading**  24:12
  46:4,5
**learn**  50:20
**leave**  22:23
  28:7 37:18
  38:11 47:23
**leaving**  38:11
  43:9,10 54:8

**lecture**  42:3
  50:14
**led**  21:10 24:10
**left**  6:17 26:18
  26:19 36:16
  37:19,24 38:4
  38:8 39:2 41:5
  41:6,7 43:12
  55:7 57:3
**legal**  9:6 10:6
  19:20,21 29:14
  51:4,5 60:25
  63:8 66:23
**legalese**  11:18
**legislative**  9:18
**legislature**  9:14
  16:24 17:8
  19:16
**letter**  32:7
**library**  20:14
  22:2,6,8,19
  23:5,6,20,23
  45:20,22 50:17
  63:2
**life**  28:12
**limited**  11:4
**line**  67:4,7,10
  67:13,16,19
**listen**  50:19
**literal**  32:12
  40:25 49:12
**little**  1:7 6:3
  20:3 29:10
  35:20 44:18
  46:7 53:20

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[little - monday]**

55:13 59:5
62:7 66:4 67:1
68:1
**live** 28:6,19
**lived** 6:16
**loaded** 42:11
**location** 52:7
**lodge** 55:5,10
**long** 6:16,21
27:17 34:3
36:4,19 37:2
37:17 39:22
40:1 41:11,19
45:14 54:12
56:24 58:19
61:20 62:5
**longer** 36:23,24
40:7
**look** 28:20
35:21
**looked** 19:8
35:11 38:17
**looking** 13:10
15:11
**lose** 34:20 35:5
56:6
**loss** 28:12
**lost** 10:22
14:21 17:17
22:16 36:15
**lot** 17:17,19
19:17 23:1,12
28:7 31:25
37:5 43:7 48:5
50:7 54:24

**lots** 16:7 21:11
**lower** 16:11

**m**

**m** 4:18
**made** 16:4,5
18:22 19:18
23:4,8 24:5
32:4 52:3 65:7
68:5
**magazines** 23:7
23:9,9,10
**main** 46:1
**maintain** 9:8
**maintenance**
38:23
**majority** 15:6
**make** 27:16
39:1 47:18
50:3
**making** 16:11
29:20 62:5
63:12
**man** 9:23
**manic** 40:17
**march** 18:6
29:22
**marching** 31:1
31:2
**maria** 1:22 2:5
65:2,21
**marked** 3:8
**marketplace**
13:13
**massacre** 24:2

**massive** 14:21
15:3 28:2,2
**materials** 8:7
**matter** 2:7
**matthew** 1:15
2:1 3:2 4:9,17
66:5 67:2,24
68:2,4,12
**mean** 7:15,22
9:3 10:8 11:22
14:12 15:16,17
19:1,23 20:9
20:12,19 23:7
23:8 33:1,3,12
36:2 39:16
41:20,20 43:7
49:10 51:19
52:9,13 53:9
56:11,13,13
57:20,25 58:9
60:25 61:15
62:24
**meaning** 25:15
**means** 17:4
**medical** 20:13
27:11
**medicine** 5:6
**meet** 61:2
**meeting** 43:17
61:6
**meetings** 16:6
17:24 20:25
**megan** 2:14
**meme** 15:4

**mentioned**
16:20 31:24
45:21 48:23
**message** 13:17
14:7 23:22
27:19 47:2
49:7,10,17
50:22 51:10,14
52:6,23
**messages** 60:6
**messes** 37:8
**met** 11:23
**metal** 19:8
**midnight** 59:4
**mike** 17:6 20:1
46:17
**military** 18:21
20:20
**millions** 14:21
**mine** 27:22
60:4
**minutes** 35:14
36:21,22 41:22
42:22,23 45:16
57:6 58:8
**missing** 59:22
**misspelled** 4:22
**misspoke** 12:16
**mixed** 30:11
**moment** 15:8
52:3
**monday** 38:21
39:4,4,5 40:1,2
40:10,14,15,18
57:13

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[money - okay]**

money 13:14
13:18 14:3
morning 34:21
34:23 35:19,21
35:24 37:24
38:6 55:19
56:3,4 57:2,4
57:11
mortgage 7:15
mother's 54:14
54:15
motivation
16:9
mountain 55:5
55:10
move 8:12
21:24 23:6
38:22 40:2
42:9 44:13
51:3,6
moved 10:19
40:11,19 41:4
42:15 47:17
58:9
movement
11:16,24,24
12:7 15:4 23:1
49:17 62:2
mover 8:8,10
32:6 48:23
moves 22:16
movie 12:12,17
mud 9:22 10:2
21:9 38:14

mud's 12:22
multiple 48:22
mushrooms
54:7
mx 2:21 24:12
24:15,18,21,23
53:1,24 57:1,9
57:16,23 58:4
58:24 59:23
60:8,11 62:18
63:17,19,24

**n**

n 3:1 4:18,19
4:20
name 4:16,17
4:18,19 10:6
44:2 46:20,21
48:5
name's 44:1
named 9:23,24
46:20,21
names 46:19,25
60:23
nationally 30:4
nationwide
15:3 61:17
nature 17:15
near 37:23
52:15
nearby 56:19
necessarily
53:10
necessary 68:6
need 5:14 26:20
47:23 54:19

needs 39:14
neiwirth 1:15
2:1 3:2 4:1,9
4:17,19 66:5
67:2,24 68:2,4
68:12
never 34:7,10
new 28:10
nice 39:18
night 20:11
37:13,14,15,24
38:1 39:6
48:10 56:20
59:3
nights 18:25
19:2
nodding 6:9
nonverbal
63:23
north 55:1
notary 1:23 2:6
65:22 68:13,19
note 66:10
noted 68:7
notice 4:23
38:21
november 9:12
10:10 12:14,25
21:1
nudes 13:20
14:2,3

**o**

o'clock 37:21
38:5 44:8,19
55:19

oakland 6:24
7:13
oath 20:2 65:6
object 5:24
objection 24:12
53:1 57:1,9,16
57:23 58:4,24
59:23 60:8
62:18
objections 65:7
occupation
62:6
occupy 11:7,8,9
11:10,20 12:1
12:5,12 13:4
odd 30:19
office 2:11
14:23,24 15:11
15:21 20:5,6
offices 2:2
official 12:6,8
oftentimes
33:11
oh 6:24 12:20
19:7 24:21
25:25 36:14
38:19 47:4
63:24
okay 4:22 5:1,1
5:6,16 6:2,14
7:2,4,17,21,24
8:1,3,9,16,20
9:9 10:5,12
11:7,17,20
12:19,21,24

**[okay - periodically]**

18:16 22:14,19
24:16 26:22
31:13 33:5,13
33:18,23 37:4
38:4 39:10
44:21 47:5
53:21,23,24
54:8 55:11,13
55:13 56:1,7
56:17,21,24
57:19,21 58:2
63:18 64:1
**ola** 55:1
**old** 8:25 17:2
18:21 20:20
21:10 41:21,24
43:18,19 44:9
44:25 60:3
**older** 46:11,15
**once** 48:25
**ones** 29:1 62:11
62:12
**online** 13:12,15
29:13 61:15
**ooo** 64:4
**opposed** 16:13
51:12,17
**options** 16:16
**order** 55:24
**organization**
8:18
**organizations**
18:13
**organized**
21:10

**organizer** 46:2
**organizing**
29:9,22
**original** 12:13
30:1
**originally** 25:8
47:10
**otter** 8:21 61:1
**outlaw** 16:24
17:9
**outlawing**
19:16
**outside** 8:25
38:15
**ovens** 20:24
21:3
**overseas** 6:19
**own** 16:12 17:7
**oxygen** 11:3

**p**

**p.m.** 2:4 35:14
35:15 38:5
64:2
**p.o.** 65:23
**pack** 44:22
**pad** 21:8,22
**page** 3:2 67:4,7
67:10,13,16,19
**paid** 13:15
**palestine** 23:12
23:15 24:4
28:1
**palestinian**
49:5 50:20,23
53:17 61:24

**pallet** 18:25
19:4
**pallets** 18:23
19:3
**pancakes** 26:5
**pandemic**
12:15 13:7
**park** 16:15
51:12
**parked** 37:23
56:19
**parsons** 2:21
24:12,15,18,21
24:23 53:1,24
57:1,9,16,23
58:4,24 59:23
60:8,11 62:18
63:17,19,24
66:1
**part** 9:1 11:13
11:19,24,24
14:9 15:24
16:21 17:18,22
18:14,14 30:1
30:11 34:10
49:17 50:1,22
51:10,14 52:6
53:3 55:23
**participating**
32:11
**particular** 16:9
**particularly**
19:24
**partly** 18:14,15

**parts** 6:25,25
**party** 65:14
**pass** 55:5
**passed** 9:14
10:8,9
**paying** 7:15
**peace** 9:22 10:7
**peacefully** 47:8
**penalty** 4:10
**people** 14:21,25
15:19 17:5,17
17:19,25 19:17
20:1 25:4,21
25:23,24 27:7
27:15,24 28:18
29:10 30:18
31:12,19 32:1
32:10,17 37:22
43:3,6,7,10
45:10 46:8,12
46:14,15,24,24
48:22 49:12,16
50:21,23 51:25
52:23,25 53:2
53:17 57:11
60:17,23,24
61:24
**people's** 26:15
45:5 48:19
49:25,25
**peoples** 28:5
**percent** 15:5
**period** 7:23
**periodically**
6:17

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[perjury - protest]**

perjury  4:10
person  23:25
  42:3,13 46:19
  46:20 50:13,15
  53:6 60:19
  61:3
personal  26:15
  26:24 27:1
  59:10,21
personally  29:7
  53:9
petition  52:1
  52:17
phone  35:21
  55:12
physically
  30:15
pick  36:12
picnic  27:8
picture  35:12
pictures  23:16
  55:17
piece  59:21
place  4:4 6:15
  16:15 20:8
  25:3,3 33:9
  39:18 49:13
  50:19 51:3,5,5
  51:13,15,25
  65:5
placed  60:20
places  16:25
  17:20
plainly  20:3
  46:18

plaintiff  8:20
  11:11
plaintiffs  1:5
  2:19 9:20
planned  35:2
planning  31:19
  54:3
plans  61:21
platform  18:1
players  20:6
please  4:1,15
  6:3
plight  50:20
  53:16
point  6:20
  10:20 16:18
  19:19 22:21
  23:2 27:8,12
  30:13 34:17
  37:19 38:18
  39:2 42:2,6,19
  43:1 44:13
  47:24 61:8
police  20:5
  32:15 33:22,23
  34:17 42:4,14
  42:17,17 43:8
  43:9,11 44:16
  45:5 47:3,16
  47:22 48:9
  49:21 50:5
  51:6 58:16
  59:11 62:13
politicians
  14:19

poncho  26:19
poor  11:2
popular  16:10
population
  60:16
possibility
  32:24
possible  52:11
  52:16 63:20
posted  38:24
potential  28:12
power  51:20
  52:14,15
presence  32:15
  33:23
presences  12:5
present  2:25
  41:10 59:8
press  23:25
pressure  48:9
pretty  16:10,10
  38:17,17 40:16
  58:15
prevent  5:7
previous  22:1
  25:2 29:16
primarily  20:8
primary  52:21
prior  19:15,15
  19:15 23:6
  43:17 45:13
privileges  12:4
  13:2
probably  8:17
  9:11 10:16

15:22 20:11,21
  28:4 32:24
  34:17 36:8
  38:8 39:15
  40:7 41:21
  55:12 56:15
  57:17 58:7,25
  59:15 61:5
  63:6,10,10
problem  29:12
problems  9:15
proceeding  5:3
proceedings
  65:4
process  16:18
  38:25
professor  50:15
  50:16
promise  5:3
properly  39:14
property  26:16
  26:24,25 27:1
  27:3 59:11,21
  59:25
protect  14:25
protected  51:3
  51:6 61:1,12
protest  8:25 9:8
  14:8 15:4 18:6
  18:13 21:24
  24:10 25:3
  26:25 27:2,3
  27:16 29:21
  30:14,19 33:14
  34:10 36:16

Veritext Legal Solutions
Calendar-Idaho@veritext.com   208-343-4004

**[protest - reporter]**

41:11 43:16
44:7 45:8 46:2
46:4,5 47:2
51:23 55:15
59:11 61:17
62:5,21
**protester**  60:18
**protesters**  18:4
29:16,20 31:2
41:9 60:2,6,13
60:13,14 61:14
61:19
**protesting**  16:1
17:13 35:4
**protests**  14:10
18:11 29:9
30:5 50:8
61:17,21
**provide**  25:21
49:20
**providing**
26:10 28:4
**proximity**
52:22
**public**  1:23 2:6
51:17 65:22
68:19
**purpose**  14:10
24:7,9,9,17
25:2,5,9 52:21
**purposes**  25:8
**put**  27:21,22
31:10 37:11
40:22 60:14,15
60:19 65:6

**q**

**quad**  32:5,5
**question**  5:18
5:21,23 6:1
7:13 24:24
**questions**  5:22
54:2 63:15,15
**quick**  7:8
**quickly**  20:12
**quite**  45:2 60:4

**r**

**r**  4:18,19,20
67:3,3
**radical**  13:23
**rafah**  28:6
**rain**  40:24
49:13 61:2,5
**rained**  38:17
**raining**  41:1
**rainstorms**
49:11
**raise**  4:1
**raises**  63:5
**raising**  63:7
**range**  55:12
**read**  23:11
60:24 66:9
68:5
**reading**  63:20
**real**  7:8 46:24
54:3,5,7
**reality**  20:16
**really**  14:16
15:7 16:4
18:20 20:25

29:24 30:19
32:15 35:3
38:3 39:13
51:4 58:1,20
**reason**  5:11
15:24 30:1
47:13 53:15
66:11 67:6,9
67:12,15,18,21
**reasons**  53:13
**recall**  11:3
14:22 16:8,25
17:11 18:18,19
21:20 22:13
27:23 31:25
34:18 41:13,16
48:2,7 57:24
**receipt**  66:17
**received**  38:21
**recent**  6:21,23
**recess**  53:25
**recognize**
46:12,14
**record**  4:16 7:7
7:9,10,11
12:19 33:5
34:14 37:12
44:3 45:24
54:2 64:1
65:11
**recorded**  65:8
**recording**
63:21
**redress**  52:2,17

**reference**  24:1
28:23
**referenced**  66:6
**reflected**  33:8
**refugees**  28:5
**relates**  61:21
**relationship**
12:7 52:13,14
52:14
**relative**  65:13
**remain**  25:13
**remained**  38:18
**remaining**
42:15
**remember**
16:16 21:6,15
21:15 24:4
36:6 37:2
49:19 55:19,24
57:14
**remodel**  21:6
**remodeled**
21:21
**remove**  9:16
34:19
**removed**  21:23
34:24 39:2,3
40:24 42:17
47:10,19 59:24
**rephrase**  24:18
24:23
**reported**  1:21
**reporter**  2:6
4:1,7 6:3,7
7:10 8:6 26:2

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[reporter - shame]**

63:23 65:3
**reporter's** 65:1
**reports** 32:1
**requested** 64:3
**require** 48:22
**required** 68:13
**requires** 50:24
  51:11,14
**research** 16:25
**reserved** 38:14
**reservoir** 55:2
**reside** 6:12
**resident** 7:20
**response** 63:23
**rest** 9:22 10:7
  55:21 57:5
**return** 66:13,16
**reunion** 12:12
**review** 63:19
  66:7
**rich** 14:14
**richard** 2:25
**right** 4:2 7:12
  8:24 10:1,7
  15:13 16:21
  18:16 20:8
  21:6 26:16
  27:9 29:5 32:6
  33:12 37:9
  43:15 44:11
  50:11 53:12,14
  54:1 55:19
  56:7 57:14,15
  58:5 61:10,25
  63:5,14,25

**rights** 9:1,4,8
  18:2 36:17
  48:12,13,14
  62:12
**riot** 31:3,4
**risk** 19:20,21
**risky** 48:11
**river** 21:11
**role** 42:5
**roles** 15:18
**roll** 53:5
**room** 33:9
**ropes** 21:15
**rot** 47:11
**roughly** 55:19
**rpr** 1:22
**ruin** 35:9
**ruling** 19:18
**runner** 21:11

**s**

**s** 67:3
**safe** 36:15
  42:19 60:25,25
**sage** 54:20,21
  54:23,25 55:1
**salient** 15:8
**sat** 42:21
**saturday** 26:23
  27:22 31:10
  34:12,15,23
  35:7,16,18
  37:14,15,18
  55:18 56:3,4,8
  56:17 59:2
  61:9

**saw** 15:21 22:7
  23:14,22 27:13
  30:19 31:17
  33:23 42:7
  45:19 46:17
**saying** 23:22
  29:5 32:4
  33:11 42:8
  53:12
**scared** 56:5
**scary** 48:11
**seal** 65:16
**seat** 51:22 53:8
**second** 4:18
  9:19 31:9
  35:11
**see** 12:3 13:18
  16:10 17:5
  22:17 32:15
  33:20
**seeing** 24:4
  37:25
**seem** 46:12
**seemed** 11:2
  17:21 22:13
  23:14 30:10
  32:8,9 38:24
  42:17,19
**seems** 46:9,9
  62:2
**seen** 27:8,10,11
  29:1 59:17
  61:15
**seized** 59:11

**send** 13:14,18
  13:19,20
**sending** 14:2
**sense** 14:23
  15:11 24:19
  29:13
**sent** 4:23 13:17
  23:22 32:3,7
  66:14
**serape** 26:18
**serve** 24:16,20
  25:3,11
**served** 25:8,8
  39:16
**serving** 24:8
  25:5
**session** 9:18
**set** 20:7,13
  21:12,14,23
  22:2,4,7 23:13
  27:21 28:8
  31:18 34:16,25
  35:7,10,11,25
  36:4,7,13
  38:10,11 39:11
  40:9 41:4,6
  44:21,23 45:18
  45:19 50:24
  56:3 65:5,16
**setting** 21:11
**several** 60:12
**shade** 21:13
**shaking** 6:9
**shame** 43:8

Page 16

Matthew Alexander Neiwirth May 9, 2024

**[shamefully - state]**

shamefully
  43:8
share  29:12
shared  29:15
sheet  66:11
shelter  26:10
  49:13 61:5
shift  59:5
shifts  27:18
  59:1,2
shooters  20:6
shop  28:21
short  53:22
shorthand  2:5
  65:3
shortly  20:18
  21:21
shoved  42:14
show  12:12
  59:5
showed  12:17
  45:13 55:18
showing  30:15
sic  10:1
sides  42:25
sign  27:22
  31:11 38:13,15
  41:25 42:10
  44:23,25 45:1
  45:5 47:7
  48:15,18,19
  49:1,2,14,24
  50:3,12 60:14
  66:12

signature  64:3
  65:20
signed  66:19
signs  60:19
similar  22:1
  28:19 50:10
  60:19
singing  43:6,10
site  11:4 31:6
  31:22 37:16
  53:7,15,15
  56:21 57:12
  59:4,7 61:19
situation  11:6
  42:5
six  56:15,22
slash  8:7
sleep  20:8 38:3
  39:6,8
sleeping  18:25
  19:14 39:13,19
slept  19:2 38:1
slow  35:20
smaller  39:13
  43:3
snack  36:25
snow  55:8
society  15:6
solemnly  4:3
solidarity
  49:16 50:23
solutions  66:23
somebody
  23:22 39:19
  41:4

somewhat  11:2
  28:19
soon  35:25 54:3
sooner  47:18
sorry  6:5 8:6
  10:4 11:10
  12:14,20 22:11
  24:21 26:2
  28:23 34:15,21
  43:21 45:25
  47:16 49:22
sort  19:11 21:7
  29:20
sound  41:3
sounds  11:25
  52:21
south  43:4
space  9:16 18:3
  21:13 22:24
  44:24 45:9,11
  45:14
speak  6:3 22:7
speakers  62:24
  63:1
speaking  25:9
  25:10 50:13
  53:7 61:23
specific  16:14
  21:17 51:15
  52:7 62:15
specifically
  19:7 42:5 49:7
  52:3 61:19
speculation
  60:11

speech  9:1
  13:23 23:3
  32:11
spell  4:16
spending  7:18
spine  24:4
spines  23:24
spirt  38:14
spoke  17:2 61:7
sporting  28:24
spouse  13:17
spread  10:10
  12:22,24
staff  32:9
stairs  42:1
stakes  39:14
stand  48:12
  53:16
standards
  13:21
started  9:11,18
  10:17 11:1
  40:24 42:4
starting  14:16
state  2:6 4:15
  8:2,13 15:16
  16:1 20:4,5
  30:5 31:22
  32:18 34:17
  42:4 44:14
  47:3 48:9
  49:21 50:5
  51:21,22 52:14
  62:12 63:11

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

**[statehouse - take]**

**statehouse** 43:5
**statement**
  49:24 52:4
**states** 1:1
**statue** 31:23
  43:2
**stay** 17:20 34:3
  37:13 41:23
  45:15 48:1
**stayed** 29:24
  36:24 37:23
  39:24 43:5
  44:18
**stenographic...**
  65:8
**step** 42:7
**steps** 22:25
  43:4 44:14
  49:18 51:11
**steunenberg**
  31:23 43:2
**steve** 11:6
**steven** 9:24,25
  10:23
**stolen** 36:18
  47:11,12 50:13
**stop** 33:19 34:4
**stopped** 19:19
  45:9
**store** 26:15,24
  28:24
**stored** 27:4
**stories** 17:6
**storming** 40:23

**stove** 26:6
**stoves** 20:24
  21:3
**straight** 20:6
**strange** 33:25
**strategy** 63:13
**street** 2:3,16,22
  42:16,25,25
  44:14 52:20
**stretch** 6:22,23
**structurally**
  41:3
**structure** 19:1
  19:7 20:10
**structures**
  18:22 28:19
  29:5
**struggle** 24:3
**stuck** 39:14
**students** 32:8
**stuff** 6:17,19
  11:3 15:2,20
  17:14 18:10
  20:24 21:12
  27:13,14 30:3
  30:15 31:3,8
  31:25 32:1,16
  35:4 37:1 38:9
  42:8,15 44:17
  57:11 61:3,16
**sturdied** 45:4
**style** 18:21 23:9
**subdivision**
  52:9

**subject** 23:10
**subscribed**
  68:14
**substantial**
  7:18
**subsumed**
  53:11
**successful**
  63:11
**sunday** 38:6
  39:22,23 54:15
  54:16 56:24
  57:3,7
**supplies** 27:11
**support** 28:21
**suppose** 12:6
  19:10
**supposed** 38:22
  47:22
**sure** 5:20,24
  9:10 10:17
  11:12,19 13:6
  18:18 22:20
  23:11 26:17
  27:13 32:19
  33:7 39:1,2
  40:12,13 41:15
  46:19 47:17
  50:6 52:25
  53:2 56:12,14
  58:19 59:14
  60:18 61:22
**surprise** 41:3
**suspended**
  21:16

**sustain** 25:23
**swear** 4:3
**sweet** 55:1
**switched** 35:7
**sworn** 68:14
**swung** 39:25
**symbol** 25:15
  31:11 38:16
  49:16 60:16
**symbolic** 8:24
  16:21 17:15,21
  49:15 51:21
  61:16
**symbolism**
  15:25 29:6
**symbolize**
  17:16
**symbolized**
  18:9 25:14
**symbolizes**
  27:24 28:17
**symbols** 25:9
  25:13,17
**system** 15:7

**t**

**t** 4:18,18,19,20
  46:22 67:3,3
**tables** 25:22
**tactic** 62:7
  63:10
**tactics** 62:8,10
  62:16,17,19,24
**tag** 35:12
**take** 5:14,15,21
  19:20,21 35:8

Page 18

**[take - time]**

36:19 39:1
42:8 44:17
47:6,25 53:19
53:22 55:17
**taken** 2:2 5:6
21:25 47:7,8
48:15 59:15,16
59:25 65:4
**talk** 20:16
29:10 50:19
55:13
**talked** 29:12,14
36:25 37:22
38:7 42:22
48:15 60:4
61:18
**talking** 20:21
42:4 49:9 60:2
60:24
**tarp** 19:2,9,12
59:14
**tarps** 18:23
21:14,18
**teach** 13:15
50:10
**teacher** 13:11
**technically**
8:17
**tell** 4:10 5:3
13:24 17:6
**tend** 51:25 53:5
**tensions** 58:15
**tent** 9:11 18:15
20:13,14 21:19
22:2,6,8,19

23:5,6,13,20,23
24:5 26:19
27:12 28:25
31:11 34:16,16
34:25 35:3,5,6
35:25 36:4,16
38:10,18 39:1
39:6,8,20 40:3
40:9 41:2,6,6
44:21 45:18,19
45:20,22 47:6
47:7,9,14 52:7
55:23,24,25
56:3 60:15,15
61:2
**tenth** 12:16
**tents** 8:25 9:8
16:21 17:15,21
17:24,25 18:11
18:17,20,21
19:14 20:7,20
21:3 24:7,9
25:2,4,18,19
26:12 27:2,4
27:19 28:4,8
28:20,22 29:2
29:4 30:23
31:1,17 34:19
34:24 39:13,19
40:24 42:18
44:22 47:12,24
47:25 48:1
49:11,22 50:24
60:7,20 61:2,6
61:11,16

**term** 61:20
**test** 13:17
**testified** 4:11
**testify** 5:8
**testimony** 3:2
4:3 5:8,12 37:8
46:18 65:7,11
66:9,17 68:8
**text** 23:16
**thank** 4:7 33:13
37:13 46:1
**theft** 15:1
**thing** 5:17
14:16 17:11,18
18:25 19:12
35:4 50:18
53:18 57:4
62:20
**things** 9:15
15:10,19,20
17:2 20:2
27:10,17 29:13
30:2 34:22
37:25 41:7
44:13 50:17
**think** 5:13 8:8
9:17,25 12:9
17:10,18 19:12
20:10,20 21:18
21:22 22:17,20
25:14,16 26:6
26:12,23,25
29:6 30:8 31:5
31:23 32:17
39:4,4,11,23,23

40:8,15 42:14
43:7 46:8,20
46:21,23 48:1
48:13 50:1,2,8
50:15 51:25
52:4 53:17
54:4 57:5
60:21 61:9
62:7 63:1,1,2,5
63:8,9,14,25
**third** 2:3,16
**thought** 15:17
17:1 30:4
33:25 51:3
62:25
**thoughts** 29:12
**threatening**
28:10 34:19
50:6
**three** 49:6
**thrilled** 16:10
**thursday** 41:15
**tickets** 19:24
**till** 7:14
**time** 4:4,24 7:1
7:19,20 11:3
12:3 13:10
15:22 25:20
26:5 27:18
34:23 35:10,18
36:24 37:18
39:2 40:12,19
41:1,1 43:14
45:12 47:1,19
53:19 54:14

**[time - vigil]**

58:21 59:6
65:5,6 66:18
**timeframe** 66:8
**timeline** 36:6
**times** 17:9 37:5
44:1,2 49:19
57:20
**tiring** 63:12
**titles** 23:19
24:3
**today** 5:9,12
22:7 41:15
45:8,18,19,22
59:12
**together** 58:1
**told** 32:14
41:23 49:21
51:1,6
**tomorrow** 54:9
54:10,11
**took** 34:21
35:12,13 36:4
36:10 38:19,19
40:12,13,20
41:25 42:10
45:5 47:13,19
48:25 49:11
55:23,24,25
56:4
**top** 19:9 49:5
**total** 56:15,25
**totally** 46:19
**towards** 54:20
**town** 17:8

**trailer** 42:12
**transcribed**
63:22 65:9
**transcript** 33:8
66:6,19 68:5,8
**triangles** 19:11
**trick** 5:22
**tried** 16:24
17:9,9
**triggered** 14:7
**trip** 35:2,9 54:4
54:5,13
**troopers** 42:10
**true** 12:11
65:10 68:8
**trust** 20:1,3
**truth** 4:4,5,5,11
5:3,8
**trying** 5:22
9:15 13:13
36:6 44:3 50:4
51:2
**tuesday** 39:4
40:14,18 41:12
41:14 57:21,25
**turn** 55:7
**turned** 20:25
**turner** 2:15
**twice** 48:25
**two** 6:18 20:19
20:20 42:10
44:19 49:5,5,5
58:3
**ty** 46:21,21,22

**type** 20:13

**u**

**u.s.** 52:10,10
**uh** 6:9 12:18
15:15 16:23
18:14 19:22
22:9 33:17
34:13 41:8
44:12 45:23
**uhs** 6:9
**unable** 49:15
**unaffiliated**
26:24 27:1
**under** 4:10
15:7 20:2
21:14 26:21
27:5,12 47:14
51:4 53:11
61:1 65:6,9
**understand** 5:4
5:23,25 9:2,3
28:2,10 42:13
44:6 47:14
**understanding**
9:7 26:21 41:8
41:22 47:15
51:7 61:8
**understood**
6:11 29:15,17
48:14
**unhoused**
27:24 31:12
49:16 60:16,16
**united** 1:1

**university** 8:2
32:3 45:6
48:19 49:25,25
**unjust** 15:7
**use** 27:15 56:12
59:18 61:25
62:1
**used** 13:11
17:23 18:2,12
20:25 21:4,5
25:18,21 26:15
26:23 66:19
**using** 19:10,10

**v**

**v** 2:13 61:1
66:4 67:1 68:1
**value** 61:16
**various** 18:8
**vast** 15:6
**vehicle** 38:8
**verify** 24:6 66:9
**veritext** 66:14
66:23
**veritext.com.**
66:15
**versus** 8:21
**vibe** 33:20
**view** 14:14 16:1
58:13
**views** 30:9
**vigil** 9:8,11
10:18 12:13
25:24 31:6
37:16 45:11,15
57:12 59:7

Veritext Legal Solutions
Calendar-Idaho@veritext.com 208-343-4004

**[violated - years]**

violated   13:21
   36:17
visible   63:13
visit   37:20
   38:11
voice   37:6
vs   1:6

**w**

w   4:18,19,20
walked   57:11
walls   19:4
want   5:21 14:3
   18:5,6,7,7
   19:20,21,24
   20:17 23:14
   28:1 30:6,7,7
   30:10,10 32:18
   35:5,22,22
   37:11 43:16
   52:1 53:18
   54:2 55:13,14
   62:13
wanted   39:19
   47:10,20 55:23
   60:14
war   27:25 28:5
   28:15 52:11
warmer   19:5
wasden   15:22
watch   38:9
watching   30:3
   58:20
water   25:25
   27:6 39:14

waters   10:2
watters   1:4
   8:21 9:22 10:3
   10:4 12:23
   14:9 21:9
   38:14 61:1
   66:4 67:1 68:1
waved   45:10
way   10:21
   11:21 13:14
   17:4 33:22
   47:3 55:7
   61:24
ways   47:5,20
we've   5:18
   53:20 58:25
wearing   63:12
weather   18:1
   20:25 26:10
wednesday
   41:17,17,18
   43:19 48:16,17
   58:2
week   9:19
   20:18 28:9
weekend   35:2
weeks   20:20
weird   32:3
went   16:7,14
   16:15 31:9
   35:6 36:16
   37:25 42:21
   58:20
werenka   46:21

west   2:3,16,22
   6:15 55:9
whereof   65:16
wide   29:2
wife   14:3 37:1
wind   45:3
winmill   26:22
winter   21:2
witness   4:6 6:5
   7:6 8:7 24:14
   24:16,19,22,25
   26:3 53:2 57:2
   57:10,17,20,24
   58:6,25 59:24
   60:10,12 62:19
   65:6,16 66:8
   66:10,12,18
witnessed   20:2
women   28:13
word   40:17
   56:12
words   32:12
work   6:17
   13:10,13 30:6
   62:9
worked   6:24
working   7:18
   14:15,25,25
   48:4 59:1,1
works   53:22
worry   4:24
worse   51:24
wrest   2:20
wrest.coop
   2:24 66:2

write   60:17
writing   6:7
written   49:24
   60:18
wrote   13:19
   60:14

**x**

x   3:1 4:18

**y**

y   46:22
yard   18:8
yeah   5:5 6:23
   7:3,7 10:4,13
   13:3 15:17
   16:23 18:15
   19:6,15 22:3
   22:13 23:8
   24:15,19,22,25
   26:12,13 33:4
   33:17,25 35:16
   36:3,15 37:13
   38:13 40:7,11
   40:15,25 43:24
   44:2,4,6,10,20
   45:11 47:4
   48:8 53:14
   54:11,16,20
   55:4,6,20 56:2
   56:10 57:17
   58:25 59:25
   62:25 63:25
years   6:19 9:25
   20:19

Page 21

Matthew Alexander Neiwirth May 9, 2024

**[yellow - zoom]**

| | |
|---|---|
| **yellow**   34:16 | |
| **yesterday** | |
| 22:24 41:15,16 | |
| 44:21 49:18 | |
| 50:12 | |
| **young**   46:10 | |
| **younger**   46:8 | |
| 46:16 | |

| **z** |
|---|
| **zines**   22:21 |
| 23:4,6,7 63:1 |
| **zoom**   2:15,25 |

Veritext Legal Solutions
Calendar-Idaho@veritext.com  208-343-4004

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.