Casey Parsons (ISB no. 11323)
Richard Eppink (ISB no. 7503)
David A. DeRoin (ISB no. 10404)
WREST COLLECTIVE
812 W. Franklin St.
Boise, ID 83702
Tel: (208) 742-6789
ritchie@wrest.coop
casey@wrest.coop
david@wrest.coop

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **EDWARD WATTERS, DEAN GUNDERSON, STEVEN FARNWORTH, MATTHEW ALEXANDER NEIWIRTH**, individuals, and **OCCUPY BOISE**, an Idaho unincorporated non-profit,<br><br>*Plaintiffs,*<br><br>v.<br><br>**BRADLEY JAY LITTLE**, in his official capacity as the Governor of the State of Idaho, **STEVEN BAILEY**, in his official capacity as the Director of the Idaho Department of Administration, and **COL. KEDRICK R. WILLS**, in his official capacity as the Director of the Idaho State Police,<br><br>*Defendants.*[1] | Case No. 1:12-cv-0076-REB<br><br>**DECLARATION OF ITZEL GUADALUPE CHAVEZ IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, PRELMINARY INJUNCTION, FOR FURTHER RELIEF, ORDER TO SHOW CAUSE, AND CONTEMPT** |

---

[1] Defendants in this action automatically substituted pursuant to F.R.C.P. 25(d).

DECLARATION OF ITZEL GUADALUPE CHAVEZ - Page 1

I, Itzel Guadalupe Chavez, declare as follows:

1. I am a demonstrator associated with the Peoples' Liberation University. I have lived in Meridian, Idaho since February 2023.

2. On Thursday, May 16, 2024, at approximately 11:10 A.M., Idaho State Police approached the site of the vigil on the grounds of the Capitol Annex. I recorded that interaction, and a true and correct copy of that video maybe found at the following link: https://youtu.be/EstQK_rUZAU

3. I will testify in person and under oath about these facts before this Court if I am called as a witness.

    Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED: May 16, 2024.

By: Itzel Guadalupe Chavez

WREST COLLECTIVE

DATED: May 16, 2024    By: /s/ Casey Parsons
Casey Parsons
Attorneys for Plaintiff Matthew Alexander Neiwirth

DECLARATION OF ITZEL GUADALUPE CHAVEZ – Page 2